NOT AN OFFICIAL COPY – PUBLIC ACCESS COPY – NOT AN OFFICIAL COPY

## IN THE COUNTY COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
## IN AND FOR BROWARD COUNTY, FLORIDA

KENEISHA SMITH,

        Plaintiff,

CASE NO:

v.

EXPERIAN INFORMATION SYSTEMS, INC.,

        Defendant.

_____/

### COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW, Plaintiff, KENEISHA SMITH ("Plaintiff"), by and through the undersigned counsel, and hereby sues Defendant, EXPERIAN INFORMATION SYSTEMS, INC. ("Defendant" or "Experian"), and in support thereof, states the following:

### PRELIMINARY STATEMENT

1. This is an action for damages that exceed $8,000 but are less than $50,000, exclusive of attorney's fees and costs, brought by Plaintiff against Experian, for violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* ("FCRA").

2. This is a consumer credit reporting case brought under the FCRA arising from Experian's failure to maintain and report accurate credit information about Plaintiff Keneisha Smith.

3. Experian reported inaccurate, incomplete, and materially misleading derogatory information in Plaintiff's credit file concerning multiple accounts, including accounts associated with 800 LoanMart/CCB, Merrick Bank Corp., and VyStar Credit Union. Plaintiff disputed Experian's reporting and specifically identified account-level inaccuracies, including inaccurate or incomplete payment histories, misleading charge-off and collection reporting, continued reporting

of disputed balances or past-due amounts, inconsistent account information, and the failure to clearly and accurately report certain accounts as disputed by Plaintiff.

4. Experian was required to conduct a reasonable reinvestigation, consider the substance of Plaintiff's dispute, and correct or delete any information that could not be verified as complete and accurate.

5. Instead, Experian verified or updated the disputed accounts while continuing to report inaccurate, incomplete, and materially misleading information about Plaintiff. Experian also failed to clearly and accurately report certain disputed accounts as disputed, thereby creating the misleading impression that the accounts were undisputed and could be relied upon by users of Plaintiff's credit information.

6. Experian's conduct caused Plaintiff to continue suffering the credit harm she attempted to correct, including damage to her credit reputation, loss of credit opportunities, frustration, humiliation, emotional distress, and time spent trying to fix her credit file.

7. Plaintiff brings this action to hold Experian accountable for its negligent and/or willful violations of the FCRA and to recover all damages, costs, attorney's fees, and other relief available under law.

## JURISDICTION AND VENUE

8. Jurisdiction arises under the FCRA, 15 U.S.C. § 1681p and Fla. Stat. § 34.01.

9. Experian is subject to the provisions of the FCRA and is subject to the jurisdiction of this Court pursuant to Fla. Stat. § 48.193.

10. Venue is proper in Broward County, Florida, pursuant to Fla. Stat. § 47.051, because the acts complained of were committed and/or caused by Defendant therein.

## PARTIES

11.     Plaintiff is a natural person, and a citizen of the State of Florida, residing in Broward County, Florida.

12.     Plaintiff is a Consumer within the meaning of the FCRA, 15 U.S.C. § 1681a(c).

13.     Experian is an Ohio corporation with a principal business address of 475 Anton Boulevard, Costa Mesa, California 92626.

14.     Experian is registered to conduct business in the State of Florida as a foreign profit corporation, where its registered agent is CT Corporation System, C/O CT Corporation System, 1200 South Pine Island Road, Plantation, Florida 33324.

15.     Experian is a nationwide *Consumer Reporting Agency* ("**CRA**") within the meaning of 15 U.S.C. § 1681a(f), in that, for monetary fees, dues, and/or on a cooperative nonprofit basis, it regularly engages in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties, and which uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, specifically the mail and internet. As a CRA, Experian is aware of its obligations under the FCRA.

## FACTUAL ALLEGATIONS

16.     Plaintiff disputed multiple accounts on her Experian credit report. Despite this dispute, Defendant failed to ensure the accuracy or completeness of the information and failed to correct, modify, or delete the inaccurate, incomplete, unverifiable, and/or materially misleading reporting from Plaintiff's credit report.

17.     The disputed accounts include, but are not limited to:

a.      800 LoanMart/CCB;

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY

b.  Merrick Bank Corp.

c.  Vystar Credit Union (collectively, "the Accounts")

18.  On or about May 11, 2026, Plaintiff obtained and reviewed her Experian credit file and discovered that Experian was reporting inaccurate, incomplete, and materially misleading derogatory information concerning the Accounts.

19.  Experian's reporting of the Accounts was inaccurate, incomplete, and materially misleading because the Accounts contained disputed account level information, including but not limited to incomplete payment histories, inconsistent date opened and payment history information, missing or inconsistent date closed information, inaccurate or incomplete Date of First Delinquency information, disputed balance and past due reporting, disputed credit limit reporting, inconsistent charge-off reporting, and other inconsistent or incomplete account data.

20.  Experian reported the 800 LoanMart/CCB as a derogatory account with disputed account level information.

21.  Experian reported the 800 LoanMart/CCB account as an auto loan opened on August 27, 2019.

22.  Experian reported the 800 LoanMart/CCB account as "Account charged off/Never late" with $1,957.00 written off and $2,323.00 past due.

23.  Experian's reporting of the 800 LoanMart/CCB account was inaccurate, incomplete, or materially misleading because a charge-off necessarily indicates a derogatory delinquency history while "Never late" communicates the opposite information to users of Plaintiff's credit report.

24.  Experian's reporting of the 800 LoanMart/CCB account was further inaccurate, incomplete, or materially misleading because the report did not clearly disclose a "Date of First

Delinquency" for the account while continuing to report the account as derogatory.

25.     Experian's reporting of the 800 LoanMart/CCB account was further inaccurate, incomplete, or materially misleading because the payment history contained substantial "No Data" reporting, including missing payment history information for nearly all of 2020 and the entire year of 2021.

26.     Plaintiff disputed Experian's reporting of the 800 LoanMart/CCB account because the account simultaneously reported a charged-off status and a never-late status.

27.     Plaintiff disputed Experian's reporting via an online dispute submission which attached a written dispute letter related to the Accounts.

28.     Defendant received the Dispute Letter on or about May 21, 2026.

29.     Experian continued to report the 800 LoanMart/CCB account as charged off, past due, and never late after Plaintiff's dispute.

30.     Experian reported Merrick Bank Corp. as a derogatory charged-off credit card account.

31.     Experian reported the Merrick Bank Corp. account as a charged-off credit card opened on April 25, 2022.

32.     Experian reported the Merrick Bank Corp. account with a balance of approximately $7,963.00, a past-due amount of approximately $7,963.00, a written-off amount of approximately $7,963.00, and a reported credit limit of approximately $700.00.

33.     Experian's reporting of the Merrick Bank Corp. account was inaccurate, incomplete, or materially misleading because Experian continued reporting disputed account level information associated with the account, including a credit limit on a charged-off and closed account, disputed Date of First Delinquency information, disputed past-due reporting, and

continued derogatory account information.

34.    Plaintiff disputed that a credit limit remained populated on the Merrick Bank Corp. account while the account was simultaneously reported as closed and charged off.

35.    Plaintiff disputed that the continued reporting of a credit limit on the Merrick Bank Corp. account misrepresented the condition of the account and had the capacity to distort credit utilization or the manner in which users evaluated Plaintiff's creditworthiness.

36.    Plaintiff further disputed the absence of a clearly reported "Date of First Delinquency" for the Merrick Bank Corp. account despite the account being reported as charged off and past due.

37.    Experian continued to report the Merrick Bank Corp. account with the challenged account information after Plaintiff's dispute.

38.    Experian reported VyStar Credit Union as a derogatory deposit account.

39.    Experian reported the VyStar Credit Union account as opened on June 21, 2023.

40.    Experian reported the VyStar Credit Union account as "Paid, Closed. $292 written off."

41.    Experian's reporting of the VyStar Credit Union account was inaccurate, incomplete, or materially misleading because the account simultaneously reflected paid and closed account information while also reflecting a charge-off in the payment history.

42.    Plaintiff disputed that the VyStar Credit Union account could be reported as paid and closed while also reflecting charge-off payment history without creating a materially misleading impression.

43.    Plaintiff further disputed that the VyStar Credit Union payment history did not reflect any entry until April 2026, leaving a lengthy gap of thirty-three (33) months from the

reported date opened of June 2023 through March 2026.

44.     Plaintiff further disputed the absence of a clearly reported Date of First Delinquency for the VyStar Credit Union account despite the account reflecting a written-off amount and charge-off payment history.

45.     Experian continued to report the VyStar Credit Union account with the challenged account information after Plaintiff's dispute.

46.     Plaintiff's dispute specifically identified the Accounts and the disputed information associated with each account. See **Exhibit "A" (Dispute Letter) and Exhibit "B" (Marked Experian Credit Report dated May 11, 2026).**

47.     Plaintiff requested that Experian conduct a reasonable reinvestigation and correct, modify, or delete the disputed Accounts if the information could not be verified as complete and accurate.

48.     Experian received Plaintiff's dispute. See **Composite Exhibit "C" (Dispute Submission Forms).**

49.     Upon receiving Plaintiff's dispute, Experian was required to conduct a reasonable reinvestigation to determine whether the disputed information was inaccurate, incomplete, or could not be verified.

50.     Experian was also required to review and consider all relevant information submitted by Plaintiff in connection with her dispute.

51.     Experian was further required to correct, delete, or modify any disputed information that was inaccurate, incomplete, misleading, or could not be verified as complete and accurate.

52.     Experian completed its reinvestigation or otherwise processed Plaintiff's dispute.

53.     Experian did not delete the disputed Accounts.

54. Experian did not correct the Accounts in a manner that resolved the core inaccuracies, incomplete reporting, and misleading information Plaintiff had identified.

55. Instead, Experian continued reporting substantially the same derogatory and disputed account information after its purported reinvestigation.

56. After Experian completed its reinvestigation or otherwise processed Plaintiff's dispute, Plaintiff obtained an updated Experian credit report. See **Exhibit "D" (Experian Credit Report dated June 12, 2026).**

57. The report continued to report derogatory and disputed information concerning the Accounts.

58. Experian also failed, where applicable, to clearly and accurately report certain disputed Accounts as disputed by Plaintiff after its reinvestigation, creating a misleading impression that the Accounts were undisputed and could be relied upon by users evaluating Plaintiff's creditworthiness.

59. Experian's failure to clearly and accurately report disputed accounts as disputed was inaccurate, incomplete, and materially misleading because users of Plaintiff's credit information were not adequately informed that Plaintiff continued to dispute the completeness and accuracy of the reporting.

60. Experian's reinvestigation failed to resolve the disputed inaccuracies, incomplete information, and misleading reporting.

61. Experian failed to conduct a reasonable reinvestigation of Plaintiff's dispute.

62. Experian failed to adequately review and consider the substance of Plaintiff's dispute.

63. Experian failed to obtain, review, or consider sufficient information to determine

whether the disputed Accounts were being reported completely and accurately.

64.    Experian failed to correct, modify, or delete information that was inaccurate, incomplete, misleading, or could not be verified as complete and accurate.

65.    Experian continued to prepare, maintain, and publish consumer report information about Plaintiff that was inaccurate, incomplete, and materially misleading.

66.    Experian's conduct caused Plaintiff's credit file and credit reports to continue portraying Plaintiff as a greater credit risk than she was.

67.    As a result of Experian's conduct, Plaintiff suffered actual damages, including but not limited to damage to her credit reputation, loss of credit opportunity, frustration, embarrassment, humiliation, emotional distress, and time spent attempting to correct her credit file.

68.    Experian's violations were negligent, willful, reckless, and/or in conscious disregard of Plaintiff's rights under the FCRA.

69.    By allowing the Accounts to remain on Plaintiff's credit reports with inaccurate, materially misleading, incomplete, unverifiable, and/or contradictory information, Defendant created and allowed a misleading impression that the Accounts were being properly reported and could be relied upon by users evaluating Plaintiff's creditworthiness. In fact, the Accounts were required to be corrected, modified, or deleted if Defendant could not verify the disputed information with maximum possible accuracy.

70.    The FCRA requires Defendant to maintain and report information with maximum possible accuracy. Accounts containing materially inaccurate, materially misleading, contradictory, incomplete, or unverifiable information are not permitted to remain on consumer reports when such reporting creates a misleading impression regarding the consumer's

creditworthiness or financial history.

71.     Defendant caused an inaccurate and materially misleading picture to appear of Plaintiff to users of reports by Defendant when Defendant refused to correct, modify, or delete the Accounts at issue.

72.     Plaintiff has suffered actual damages because of these illegal actions by Defendant in the form of anger, anxiety, emotional distress, fear, frustration, upset, humiliation, embarrassment, among other negative emotions, damage to credit, economic loss, diminished creditworthiness, impairment of credit expectancy, difficulty obtaining favorable credit terms, and unjustified invasions of personal privacy. All such damages have been suffered in the past, are continuing to be suffered, and such damages will continue in the future.

73.     Plaintiff has hired the undersigned counsel to represent Plaintiff in this matter and has assigned them the right to obtain reimbursement for reasonable fees and costs.

**COUNT I**
**DEFENDANT'S WILFUL VIOLATION OF THE FCRA- 15 U.S.C. § 1681e(b)**

74.     Plaintiff adopts and incorporates paragraphs 1-73 as if fully stated herein.

75.     Plaintiff alleges that at all relevant times Defendant failed to maintain and failed to follow reasonable procedures to assure maximum possible accuracy of Plaintiff's credit reports, concerning the Accounts in question violating 15 U.S.C. § 1681e(b).

76.     On at least one occasion within the past year, by example, and without limitation, Defendant violated 15 U.S.C. § 1681e(b) by failing to establish or follow reasonable procedures to assure the maximum possible accuracy in the preparation of the credit reports and credit files published and maintained concerning Plaintiff.

77.     Plaintiff has suffered damages as a result of the incorrect reporting and Defendant's failure to correct the credit report pertaining to Plaintiff.

78.     Defendant has willfully and recklessly failed to comply with the FCRA. The failures of Defendant to comply with the FCRA include, but are not limited to, the failure to follow reasonable procedures to ensure the maximum possible accuracy of the information reported.

79.     The conduct, action, and inaction of Defendant was willful, thereby rendering Defendant liable for the greater of Plaintiff's actual damages and statutory damages of up to One Thousand Dollars ($1,000) per violation, and punitive damages, in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n.

80.     Plaintiff is entitled to recover reasonable costs and attorney's fees from Defendant in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n.

81.     As a result of the conduct, action, and inaction, of Defendant, Plaintiff suffered damage by loss of credit, loss of ability to purchase and benefit from credit, emotional distress, mental and emotional pain, anguish, humiliation, and embarrassment of credit denial.

**WHEREFORE**, Plaintiff, respectfully requests this Court to enter judgment against Defendant, awarding Plaintiff the following relief:

a.      The greater of Plaintiff's actual damages and statutory damages of One Thousand Dollars ($1,000.00) per violation, pursuant to 15 U.S.C. § 1681n(a)(1)(A);

b.      Punitive damages pursuant 15 U.S.C. § 1681n(a)(2);

c.      Costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1681n(a)(3); and

d.      Such other relief that this Court deems just and proper.

## COUNT II
## DEFENDANT'S NEGLIGENT VIOLATION OF THE FCRA- 15 U.S.C. § 1681e(b)

82.     Plaintiff adopts and incorporates paragraphs 1-73 as if fully stated herein.

83.     Defendant owed Plaintiff a legal duty to follow reasonable procedures to assure

maximum possible accuracy of information in reports it sold regarding Plaintiff, pursuant to 15 U.S.C. § 1681e(b).

84.     On at least one occasion within the past year, by example only and without limitation, Defendant breached their duty, pursuant to 15 U.S.C. § 1681e(b) by selling reports regarding Plaintiff including the inaccurate, incomplete and/or unverified disputed information.

85.     The conduct, action, and inaction, of Defendant was negligent noncompliance, thereby rendering Defendant liable for actual damages pursuant to 15 U.S.C. § 1681o.

86.     Plaintiff is entitled to recover costs and reasonable attorney's fees from Defendant in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681o.

87.     As a result of the conduct, action, and inaction of Defendant, Plaintiff suffered damage by loss of credit, loss of ability to purchase and benefit from credit, emotional distress, mental and emotional pain, anguish, humiliation, and embarrassment of credit denial.

**WHEREFORE**, Plaintiff, respectfully requests this Court to enter judgment against Defendant, awarding Plaintiff the following relief:

a.     Actual damages pursuant to 15 U.S.C. § 1681o(a)(1);

b.     Costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1681o(a)(2); and

c.     Such other relief that this Court deems just and proper.

## COUNT III
### DEFENDANT'S WILFUL VIOLATION OF THE FCRA - 15 U.S.C. § 1681i(a)(1)(A)

88.     Plaintiff adopts and incorporates paragraphs 1-73 as if fully stated herein.

89.     On at least one occasion within the past year, by example only and without limitation, Defendant violated 15 U.S.C. § 1681i(a)(1)(A) by failing to conduct a reasonable reinvestigation with respect to the disputed information.

NOT AN OFFICIAL COPY   PUBLIC ACCESS   NOT AN OFFICIAL COPY

90. Defendant failed to conduct a reasonable reinvestigation consistent with the requirements of 15 U.S.C. § 1681i(a)(1)(A), including by failing to reasonably evaluate the disputed account information, failing to address the specific inaccuracies identified by Plaintiff, and failing to determine whether the disputed information was complete and accurate.

91. Defendant failed to investigate, failed to delete information found to be inaccurate or incomplete, and/or failed to properly investigate Plaintiff's disputes in violation of 15 U.S.C. § 1681i and this was done willfully.

92. Plaintiff alleges that Defendant failed to conduct a proper and lawful reinvestigation.

93. Defendant has willfully and recklessly failed to comply with the FCRA. The failures of Defendant to comply with the FCRA include, but are not limited to, the following: [a] the failure to remove and/or correct the inaccurate and/or incomplete credit information after a reasonable request by Plaintiff; [b] the failure to promptly and adequately investigate information which Defendant had notice was inaccurate and/or incomplete.

94. The conduct, action, and inaction of Defendant was willful, thereby rendering Defendant liable for the greater of Plaintiff's actual damages and statutory damages of up to One Thousand Dollars ($1,000) per violation, and punitive damages, in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n.

95. Plaintiff is entitled to recover reasonable costs and attorney's fees from Defendant in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n.

96. As a result of the conduct, action, and inaction, of Defendant, Plaintiff suffered damage by loss of credit, loss of ability to purchase and benefit from credit, emotional distress, mental and emotional pain, anguish, humiliation, and embarrassment of credit denial.

**WHEREFORE**, Plaintiff, respectfully requests this Court to enter judgment against Defendant, awarding Plaintiff the following relief:

a.      The greater of Plaintiff's actual damages and statutory damages of One Thousand Dollars ($1,000) per violation, pursuant to 15 U.S.C. § 1681n(a)(1)(A);

b.      Punitive damages pursuant 15 U.S.C. § 1681n(a)(2);

c.      Costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1681n(a)(3); and

d.      Such other relief that this Court deems just and proper.

## COUNT IV
### DEFENDANT'S NEGLIGENT VIOLATION OF THE FCRA - 15 U.S.C. § 1681i(a)(1)(A)

97.     Plaintiff adopts and incorporates paragraphs 1-73 as if fully stated herein.

98.     Defendant owed Plaintiff a legal duty to conduct a reasonable reinvestigation with respect to the disputed information, pursuant to 15 U.S.C. § 1681i(a)(1)(A).

99.      On at least one occasion within the past year, by example only and without limitation, Defendant breached their duty, pursuant to 15 U.S.C. § 1681i(a)(1)(A) by failing to conduct a reasonable reinvestigation with respect to the disputed information.

100.     Defendant failed to conduct a reasonable reinvestigation consistent with the requirements of 15 U.S.C. § 1681i(a)(1)(A), including by negligently failing to reasonably evaluate the disputed account information, negligently failing to address the specific inaccuracies identified by Plaintiff, and negligently failing to determine whether the disputed information was complete and accurate.

101.     Defendant negligently failed to investigate and/or reinvestigate, negligently failed to delete information found to be inaccurate or incomplete, and/or negligently failed to properly investigate and/or reinvestigate Plaintiff's disputes in violation of 15 U.S.C. § 1681i.

102.   Plaintiff alleges that Defendant negligently failed to conduct a proper reinvestigation.

103.   Defendant's negligent failure to comply with the FCRA include, but are not limited to, the following: [a] the failure to remove and/or correct the inaccurate and/or incomplete credit information after a reasonable request by Plaintiff; [b] the failure to promptly and adequately investigate information which Defendant had notice was inaccurate and/or incomplete.

104.   The conduct, action, and inaction, of Defendant was negligent noncompliance, thereby rendering Defendant liable for actual damages pursuant to 15 U.S.C. § 1681o.

105.   Plaintiff is entitled to recover costs and reasonable attorney's fees from Defendant in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681o.

106.   As a result of the conduct, action, and inaction of Defendant, Plaintiff suffered damage by loss of credit, loss of ability to purchase and benefit from credit, emotional distress, mental and emotional pain, anguish, humiliation, and embarrassment of credit denial.

**WHEREFORE**, Plaintiff, respectfully requests this Court to enter judgment against Defendant, awarding Plaintiff the following relief:

a.    Actual damages pursuant to 15 U.S.C. § 1681o(a)(1);

b.    Costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1681o(a)(2); and

c.    Such other relief that this Court deems just and proper.

**COUNT V**
**DEFENDANT'S WILLFUL VIOLATION OF THE FCRA - 15 U.S.C.**
**§ 1681i(a)(4)**

107.   Plaintiff adopts and incorporates paragraphs 1-73 as if fully stated herein.

108.   On at least one occasion within the past year, by example only and without limitation, Defendant violated 15 U.S.C. § 1681i(a)(4) by failing to review and consider all

relevant information submitted by Plaintiff with respect to the disputed Accounts.

109. Plaintiff directly notified Defendant of the dispute on the Accounts' completeness and accuracy.

110. Defendant failed to review and consider all relevant information submitted by Plaintiff.

111. Defendant has willfully and/or recklessly failed to comply with the FCRA.

112. The failures of Defendant to comply with the FCRA include, but are not limited to, the following: [a] the failure to review and consider all relevant information submitted by Plaintiff with respect to the disputed information; [b] the failure to remove and/or correct the inaccurate and/or incomplete credit information after a reasonable request by Plaintiff; and [c] the failure to take adequate steps to verify information Defendant had reason to believe was inaccurate before including it in the credit report of the consumer.

113. The conduct, action, and inaction of Defendant was willful, thereby rendering Defendant liable for the greater of Plaintiff's actual damages and statutory damages of up to One Thousand Dollars ($1,000) per violation, and punitive damages, in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n.

114. Plaintiff is entitled to recover reasonable costs and attorney's fees from Defendant in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n.

115. As a result of the conduct, action, and inaction, of Defendant, Plaintiff suffered damage by loss of credit, loss of ability to purchase and benefit from credit, emotional distress, mental and emotional pain, anguish, humiliation, and embarrassment of credit denial.

**WHEREFORE**, Plaintiff, respectfully requests this Court to enter judgment against Defendant, awarding Plaintiff the following relief:

a.  The greater of Plaintiff's actual damages and statutory damages of One Thousand Dollars ($1,000) per incident, pursuant to 15 U.S.C. § 1681n(a)(1)(A);

b.  Punitive damages pursuant 15 U.S.C. § 1681n(a)(2);

c.  Costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1681n(a)(3); and

d.  Such other relief that this Court deems just and proper.

## COUNT VI
## DEFENDANT'S NEGLIGENT VIOLATION OF THE FCRA - 15 U.S.C. § 1681i(a)(4)

116.  Plaintiff adopts and incorporates paragraphs 1-73 as if fully stated herein.

117.  Defendant owed Plaintiff a legal duty to review and consider all relevant information submitted by the consumer with respect to the disputed information, pursuant to 15 U.S.C. § 1681i(a)(4).

118.  On at least one occasion within the past year, by example only and without limitation, Defendant breached their duty, pursuant to 15 U.S.C. § 1681i(a)(4) by failing to consider and review all information submitted by Plaintiff regarding the disputed information.

119.  Defendant has negligently failed to comply with the FCRA. The failures of Defendant to comply with the FCRA include, but are not limited to, the following: [a] the failure to review and consider all relevant information submitted by Plaintiff with respect to the disputed information and [b] the failure to remove and/or correct the inaccurate and/or incomplete credit information after a reasonable request by Plaintiff.

120.  The conduct, action, and inaction, of Defendant was negligent noncompliance, thereby rendering Defendant liable for actual damages pursuant to 15 U.S.C. § 1681o.

121.  Plaintiff is entitled to recover costs and reasonable attorney's fees from Defendant in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681o.

122.   As a result of the conduct, action, and inaction of Defendant, Plaintiff suffered damage by loss of credit, loss of ability to purchase and benefit from credit, emotional distress, mental and emotional pain, anguish, humiliation, and embarrassment of credit denial.

**WHEREFORE**, Plaintiff, respectfully requests this Court to enter judgment against Defendant, awarding Plaintiff the following relief:

a.   Actual damages pursuant to 15 U.S.C. § 1681o(a)(1);

b.   Costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1681o(a)(2); and

c.   Such other relief that this Court deems just and proper.

## COUNT VII
### DEFENDANT'S WILLFUL VIOLATION OF THE FCRA - 15 U.S.C. § 1681i(a)(5)

123.   Plaintiff adopts and incorporates paragraphs 1-73 as if fully stated herein.

124.   On at least one occasion within the past year, by example only and without limitation, Defendant violated 15 U.S.C. § 1681i(a)(5) by failing to delete the inaccurate, incomplete, and/or unverified information.

125.   Defendant failed to comply with its duties under 15 U.S.C. § 1681i(a)(5) after its reinvestigation failed to verify the disputed information as complete and accurate.

126.   Defendant failed to delete, modify, or suppress information that was inaccurate, incomplete, or could not be verified after Plaintiff's dispute, and Defendant's failure to comply with 15 U.S.C. § 1681i was willful.

127.   Plaintiff's credit reports from Defendant were accessed by users of Plaintiff's credit reports after the investigation (if any) by Defendant.

128.   These users obtained copies of Plaintiff's credit reports containing false, incomplete, and unverified information about the Accounts because Defendant refused to correct

or delete the Accounts.

129. Without any explanation or reason, Defendant continues to report this unverifiable, inaccurate, or otherwise incomplete information, about Plaintiff.

130. Plaintiff has suffered damages as a result of Defendant's failure to correct the incorrect reporting and Defendant's failure to correct the credit report pertaining to Plaintiff.

131. Defendant willfully failed to comply with the FCRA.

132. Defendant's failures to comply with the FCRA include, but are not limited to, the following: [a] the failure to remove and/or correct the inaccurate and/or incomplete credit information after a reasonable request by Plaintiff and [b] the continual placement of inaccurate and/or incomplete information into the credit report of Plaintiff after being advised by Plaintiff that the information was inaccurate and/or incomplete.

133. The conduct, action, and inaction of Defendant was willful, thereby rendering Defendant liable for the greater of Plaintiff's actual damages and statutory damages of up to One Thousand Dollars ($1,000) per violation, and punitive damages, in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n.

134. Plaintiff is entitled to recover reasonable costs and attorney's fees from Defendant in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n.

135. As a result of the conduct, action, and inaction, of Defendant, Plaintiff suffered damage by loss of credit, loss of ability to purchase and benefit from credit, emotional distress, mental and emotional pain, anguish, humiliation, and embarrassment of credit denial.

**WHEREFORE**, Plaintiff, respectfully requests this Court to enter judgment against Defendant, awarding Plaintiff the following relief:

a. The greater of Plaintiff's actual damages and statutory damages of One Thousand

NOT AN OFFICIAL COPY · PUBLIC ACCESS · NOT AN OFFICIAL COPY

Dollars ($1,000) per incident, pursuant to 15 U.S.C. § 1681n(a)(1)(A);

b.      Punitive damages pursuant 15 U.S.C. § 1681n(a)(2);

c.      Costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1681n(a)(3); and

d.      Such other relief that this Court deems just and proper.

## COUNT VIII
## DEFENDANT'S NEGLIGENT VIOLATION OF THE FCRA - 15 U.S.C. § 1681i(a)(5)

136.    Plaintiff adopts and incorporates paragraphs 1-73 as if fully stated herein.

137.    Defendant owed Plaintiff a legal duty to delete inaccurate, incomplete or unverified information, pursuant to 15 U.S.C. § 1681i(a)(5).

138.    On at least one occasion, by example only and without limitation, Defendant breached their duty, pursuant to 15 U.S.C. § 1681i(a)(5) by failing to delete the inaccurate, incomplete or unverified information from Plaintiff's credit report.

139.    Defendant has negligently failed to comply with the FCRA. The failures of Defendant to comply with the FCRA include, but are not limited to, the following: [a] the failure to remove and/or correct the inaccurate and/or incomplete credit information after a reasonable request by Plaintiff; [b] the continued reporting of inaccurate and/or incomplete information into the credit report of Plaintiff after being advised by Plaintiff that the information was inaccurate and/or incomplete; and [c] the failure to promptly delete or modify information that was inaccurate, incomplete, or could not be verified after Plaintiff disputed the information.

140.    The conduct, action, and inaction, of Defendant was negligent noncompliance, thereby rendering Defendant liable for actual damages pursuant to 15 U.S.C. § 1681o(a)(1).

141.    Plaintiff is entitled to recover costs and reasonable attorney's fees from Defendant in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681o(a)(2).

142.    As a result of the conduct, action, and inaction of Defendant, Plaintiff suffered damage by loss of credit, loss of ability to purchase and benefit from credit, emotional distress, mental and emotional pain, anguish, humiliation, and embarrassment of credit denial.

**WHEREFORE**, Plaintiff, respectfully requests this Court to enter judgment against Defendant, awarding Plaintiff the following relief:

a.      Actual damages pursuant to 15 U.S.C. § 1681o(a)(1);

b.      Costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1681o(a)(2); and

c.      Such other relief that this Court deems just and proper.

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable.

Dated this 17th day of June 2026.

Respectfully Submitted,

/s/ Ethan B. Babb
**ETHAN B. BABB, ESQ.**
Florida Bar No. 127488
Email: ebabb@babblaw.com
Secondary: kschofield@babblaw.com
**DAVID M. BENDER, ESQ.**
Florida Bar No. 49841
Email: dbender@babblaw.com
Secondary: cthompson@babblaw.com
**ETHAN BABB LAW FIRM**
6013 Farcenda Place, Suite 101
Melbourne, FL 32940
Phone: (321) 529-2222
Fax: (321) 529-2929
*Counsel for Plaintiff*

## ATTACHED EXHIBIT LIST

A.    Plaintiff's Dispute Letter dated May 21, 2026.

B.    Experian Credit Report dated May 11, 2026.

C.    Dispute Submission Forms.

D.    Experian Credit Report dated June 12, 2026.

**EXHIBIT "A"**

May 21, 2026

**Experian**

P.O. Box 9701

Allen, TX 75013

**Re: Credit Dispute — Keneisha Smith**

Date of Birth:  03/09/1985

Social Security Number: ███

Address:  13041 NW 1st St Apt 301, Pembroke Pines, FL, 33028

Phone: (786) 834-5970

Report Generated:  May 11, 2026

---

To Experian:

I have obtained and reviewed my Experian credit report generated May 11, 2026, and identified specific inaccuracies, internal contradictions, and missing data across multiple accounts that render each affected account incomplete or unverifiable.

## PERSONAL INFORMATION

The following is the only accurate personal information that should appear on my Experian file. Any other names, addresses, or identifying details not listed below must be removed.

- Name:  Keneisha Smith
- Date of Birth03/09/1985
- Social Security Number: ███
- Current Address:  13041 NW 1st St Apt 301, Pembroke Pines, FL 33028-2292
- Phone: (786) 834-5970

I am formally requesting the following:

- Full reinvestigation of every account and item disputed
- Direct verification with each furnisher of the specific items identified below

- Deletion of any account or entry that cannot be verified as 100% accurate, complete, and consistent
- Full file disclosure, including all sources of information and all parties who accessed my report
- Written description of the investigative procedures used, including the name, address, and phone number of each furnisher contacted

## 800 LoanMart / CCB

- Status: Charged Off / Never Late — $1,957 written off; $2,323 past due as of May 2026
- Balance: $2,323
- Date Opened: August 27, 2019
- Account Type: Auto Loan

This account carries a status of both "Charged Off" and "Never Late" simultaneously. These two designations are mutually exclusive. A charge-off requires a sustained period of non-payment it cannot occur on an account with a perfect payment history. Reporting both statuses on the same account is a direct internal contradiction that cannot be reconciled and renders this account unverifiable as reported. Correct this or delete the account.

No Date of First Delinquency is disclosed for this account. Without a confirmed Date of First Delinquency on record, the accuracy of this account's derogatory status and the validity of its continued presence on my credit report cannot be independently verified. Correct this or delete the account.

There is extensive missing data in the Payment History chart for this account:

- Payment History chart — 2020: missing data for February, March, April, May, June, July, August, September, October, November, and December
- Payment History chart — 2021: missing data for January through December (entire year)

The volume of missing Payment History data spanning August 2019 and nearly two full years from February 2020 through December 2021 leaves this account materially incomplete and incapable of verification as accurate. Correct this or delete the account.

**Consumer Statement — 800 LoanMart / CCB (Experian):** I am extremely frustrated with the inaccuracies on this account. This account simultaneously reports a status of "Charged Off" and "Never Late" two designations that are factually impossible to hold at the same time. No Date of First Delinquency is disclosed, making the account's reporting timeline unverifiable. Missing Payment History spans nearly two consecutive years through December 2021. This

account cannot be verified as accurately reported. I request that Experian attach this statement to my file.

## Merrick Bank Corp

- Status: Charged Off — $7,963 written off; $7,963 past due as of May 2026
- Balance: $7,963
- Date Opened: April 25, 2022
- Account Type: Credit Card

This account is reported as both charged off and closed, yet a Credit Limit remains populated in the Account Details. A credit limit is a feature of an open, active revolving account. Reporting a credit limit on an account that is simultaneously closed and charged off misrepresents the nature and current condition of this account and may distort credit utilization calculations on my profile in a manner that is both inaccurate and materially harmful. Correct this or delete the account.

No Date of First Delinquency is disclosed for this account. With $7,963 reported as past due and an active charged-off status, the Date of First Delinquency is a material data point for confirming the accuracy of this account's continued reporting. Without it, this account's reporting timeline cannot be verified. Correct this or delete the account.

**Consumer Statement — Merrick Bank Corp (Experian):** I am extremely frustrated with the inaccuracies on this account. The Merrick Bank account reflects a Credit Limit remains reported on a charged-off, closed account, misrepresenting its condition and potentially distorting my utilization. No Date of First Delinquency is disclosed despite $7,963 being reported as currently past due, making this account's continued reporting impossible to verify. These compounding inaccuracies render this account unverifiable as currently reported. I request that Experian attach this statement to my file.

## VyStar Credit Union

- Status: Paid, Closed — $292 written off

   — Balance: N/A
   — Date Opened: June 21, 2023
   — Account Type: Deposit

The Date Opened for this account is reported as June 21, 2023; however, the Payment History chart does not reflect any entry until April 2026. This represents a gap of 33 months June 2023 through March 2026 with no payment history data for the overwhelming majority of this account's reported life. The Date Opened and the Payment History start date are in direct conflict and cannot both be accurate. Correct this or delete the account.

The Account Status in the Account Details section reflects "Paid, Closed" with $292 written off. However, the Payment History chart reflects a status of "Charged Off." These two designations are mutually exclusive an account cannot be simultaneously reported as paid and closed in one section while reflecting an active charge-off in the payment history. These conflicting statuses make this account impossible to verify as accurately reported. Correct this or delete the account.

No Date of First Delinquency is disclosed for this account. Given that $292 has been written off and the Payment History reflects a charged-off designation, the Date of First Delinquency is material to verifying the accuracy of both the account's derogatory status and its continued presence on my report. Without it, this account's reporting cannot be confirmed as accurate. Correct this or delete the account.

There is extensive missing data in the Payment History chart for this account:

   — Payment History chart — 2023: missing data for June, July, August, September, October, November, and December
   — Payment History chart — 2024: missing data for January through December (entire year)
   — Payment History chart — 2025: missing data for January through December (entire year)
   — Payment History chart — 2026: missing data for January, February, and March

Missing Payment History spans from the Date Opened in June 2023 through March 2026 representing the near entirety of this account's reported life. Combined with the 33-month gap between the Date Opened and the first Payment History entry, this account has virtually no verifiable payment history on record. Correct this or delete the account.

**Consumer Statement — VyStar Credit Union (Experian):** I am extremely frustrated with the inaccuracies on this account. The VyStar account reflects a Date Opened of June 21, 2023, yet the Payment History chart contains no entries until April 2026 a gap of 33 months that leaves the account's history almost entirely undocumented. The Account Details report "Paid,

closed" while the Payment History reflects "Charged Off" mutually exclusive statuses reported simultaneously on the same account. No Date of First Delinquency is disclosed. Missing Payment History spans virtually the entire account lifecycle across 2023, 2024, 2025, and into 2026. This account cannot be verified as accurately reported in any respect. I request that Experian attach this statement to my file.

# ENCLOSURES

- Government-Issued Photo ID
- Social Security Card
- Annotated Experian Report Pages (Report Generated May 11, 2026)





EXHIBIT "B"


experian.

**Prepared For**

# KENEISHA SMITH

Personal & confidential

**Date generated:** May 11, 2026

# At a glance

## FICO® Score 8

**613** FICO SCORES
Experian data May 11, 2026

300 ——————— 850

## Account summary

| | |
|---|---|
| Open accounts | 19 |
| Self-reported accounts | 0 |
| Accounts ever late | 3 |
| Closed accounts | 0 |
| Collections | 0 |
| Average account age | 6 yrs 4 mos |
| Oldest account | 18 yrs 8 mos |

## Overall credit usage



**66 %**

■ Credit used: $7,903

Credit limit: $11,900

## Debt summary

| | |
|---|---|
| Credit card and credit line debt | $7,903 |
| Self-reported account balance | $0 |
| Loan debt | $5,070 |
| Collections debt | $0 |
| Total debt | $12,973 |

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFICIAL COPY



Prepared For **KENEISHA SMITH**   Date generated: May 11, 2026

# Personal information

| Name | Addresses | Employers |
|---|---|---|
| **KENEISHA SMITH** | **13041 NW 1ST ST** | - |
| | **PEMBROKE PINES, FL 33028-** | |
| Also known as | **2292** | |
| - | | |

Year of birth
**1985**

## Personal statements

**No statement(s) present at this time**

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFICIAL COPY



# Closed accounts

● **800 LOANMART/CCB** $2,323

53 potentially negative months Closed

### 🗒 Account info

| | | | |
|---|---|---|---|
| Account name | **800 LOANMART/CCB** | Balance | **$2,323** |
| Account number | **423666X** | Balance updated | **May 06, 2026** |
| Original creditor | - | Original balance | **$1,957** |
| Company sold | - | Monthly payment | - |
| Account type | **Auto Loan** | Past due amount | **$2,323** |
| Date opened | **Aug 27, 2019** | Terms | **40 Months** |
| Open/closed | **Closed** | Responsibility | **Individual** |
| Status | **Account charged off/Never late. $1,957 written off. $2,323 past due as of May 2026.** | Your statement | - |
| Status updated | **Jan 2022** | | |

### $ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | CO | CO | CO | CO | CO | - | - | - | - | - | - | - |
| 2025 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2024 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2022 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2021 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 2020 | ✓ | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 2019 | - | - | - | - | - | - | - | - | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met    CO Charge off    ND No data for this period

- Data Unavailable

### ✉ Contact info

| | |
|---|---|
| Address | **15400 SHERMAN WAY STE 17 VAN NUYS, CA 91406** |
| Phone number | **(818) 465-1372** |

📄 Comments



Prepared For **KENEISHA SMITH**    Date generated: May 11, 2026

● **MERRICK BANK CORP**                                                                             $7,963

   28 potentially negative months                                                                   Closed

### 🗂 Account info

| | | | |
|---|---|---|---|
| Account name | **MERRICK BANK CORP** | Balance | **$7,963** |
| Account number | **546316XXXXXX** | Balance updated | **May 07, 2026** |
| Original creditor | - | Credit limit | **$700** |
| Company sold | - | Monthly payment | - |
| Account type | **Credit card** | Past due amount | **$7,963** |
| Date opened | **Apr 25, 2022** | Highest balance | **$7,963** |
| Open/closed | **Closed** | Terms | - |
| Status | **Account charged off. $7,963 written off. $7,963 past due as of May 2026.** | Responsibility | **Individual** |
| | | Your statement | - |
| Status updated | **Oct 2024** | | |

### 💲 Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | CO | CO | CO | CO | CO | - | - | - | - | - | - | - |
| 2025 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2024 | ✓ | ✓ | ✓ | 30 | 60 | 90 | 120 | 150 | 180 | CO | CO | CO |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | ✓ | ✓ | ✓ | ✓ |
| 2022 | - | - | - | - | ✓ | ✓ | ✓ | ✓ | 30 | 60 | 90 | ✓ |

| | | |
|---|---|---|
| ✓ Current / Terms met | 30 Past due 30 days | 60 Past due 60 days |
| 90 Past due 90 days | 120 Past due 120 days | 150 Past due 150 days |
| 180 Past due 180 days | CO Charge off | - Data Unavailable |

### ✉ Contact info

Address            PO BOX 9201 OLD
                   BETHPAGE,
                   NY 11804

Phone number       By mail only

### 📄 Comments

-



● **VYSTAR CREDIT UNION**

1 potentially negative month

Closed

### Account info

| | | | |
|---|---|---|---|
| Account name | **VYSTAR CREDIT UNION** | Balance | - |
| Account number | **107903XXXXXX** | Balance updated | - |
| Original creditor | - | Original balance | - |
| Company sold | - | Monthly payment | - |
| Account type | **Deposit** | Terms | - |
| Date opened | **Jun 21, 2023** | Responsibility | **Individual** |
| Open/closed | **Closed** | Your statement | - |
| Status | **Paid, Closed. $292 written off.** | | |
| Status updated | **Apr 2026** | | |

### $ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | - | - | - | CO | - | - | - | - | - | - | - | - |

CO Charge off          - Data Unavailable

### ✉ Contact info

Address

PO BOX 45085
JACKSONVILLE,
FL 32232

Phone number          -

### 📄 Comments

-

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFICIAL COPY

Submitted



# Dispute submitted

It may take up to 30 days to process. We'll notify you by email when your dispute result is ready.

## 800 LOANMART/CCB

Other reason

Notify companies of your results by mail

## Always know what's on your credit report

Don't be caught off guard by changes to your credit report. We'll monitor your credit report and send you alerts when key changes occur.



**Get started now**

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFICIAL COPY

# Review before submitting

Make sure your dispute details are correct before submitting your dispute.

## MERRICK BANK CORP                    ✎ Edit    🗑 Remove

Account dispute

Reason selected        **Other reason**

Comment    **Please see the attached dispute letter and report.**

Supporting documents

📄 Keneisha Smith - EX - Marked Report (1).pdf
0.13MB

📄 Keneisha EX Dispute Letter 5.21.2026.pdf
3.57MB

**Submit dispute**

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFI

Submitted



# Dispute submitted

It may take up to 30 days to process. We'll notify you by email when your dispute result is ready.

## MERRICK BANK CORP

Other reason

Notify companies of your results by mail

## Always know what's on your credit report

Don't be caught off guard by changes to your credit report. We'll monitor your credit report and send you alerts when key changes occur.



**Get started now**

## Review and submit

# Review before submitting

Make sure your dispute details are correct before submitting your dispute.

**VYSTAR CREDIT UNION**                     ✏ Edit      🗑 Remove

Account dispute

Reason selected      **Other reason**

Comment      **Please see attached dispute letter and report.**

Supporting documents

PDF  Keneisha EX Dispute Letter 5.21.2026.pdf
3.57MB

PDF  Keneisha Smith - EX - Marked Report.pdf
0.13MB

**Submit dispute**

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFI

Submitted

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFICIAL



# Dispute submitted

It may take up to 30 days to process. We'll notify you by email when your dispute result is ready.

## VYSTAR CREDIT UNION

Other reason

## Notify companies of your results by mail

## Always know what's on your credit report

Don't be caught off guard by changes to your credit report. We'll monitor your credit report and send you alerts when key changes occur.



> ### Get started now

# Review before submitting

Make sure your dispute details are correct before submitting your dispute.

## 800 LOANMART/CCB                    ✐ Edit    🗑 Remove

Account dispute

Reason selected    **Other reason**

Comment    **Please see attached dispute letter and report.**

Supporting documents

PDF    Keneisha EX Dispute Letter 5.21.2026.pdf
3.57MB

PDF    Keneisha Smith - EX - Marked Report.pdf
0.13MB

**Submit dispute**

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFI

**EXHIBIT "D"**

Prepared For

# KENEISHA SMITH

**Personal & Confidential**

**Date Generated** Jun 12, 2026

**Report Number** 3282-4051-98

## At a Glance

**25 Accounts**

**0 Public Records**

**3 Hard Inquiries**

## Personal Information

4 Names     2 Addresses     0 Employers     2 Other Records

Because your personal information is reported by you, your creditors, and other sources, it's typical to see small variations in reported personal information, like names and addresses. For security reasons, many of these items can't be disputed online, but don't worry—they don't affect your credit score.

## Names

| KENEISHA SMITH | KENEISHA E SMITH | KENEISHA ELVETTA SMITH | KENEISHA ELVETT SMITH |
|---|---|---|---|
| Name ID #29675 | Name ID #22653 | Name ID #10307 | Name ID #21814 |

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFICIAL COPY

## Addresses

**13041 NW 1ST ST APT301**
**PEMBROKE PINES FL, 33028-3220**

Address ID #0317163872
Apartment complex

**13041 NW 1ST ST**
**PEMBROKE PINES FL, 33028-2292**

Address ID #0320649686
Multifamily

## Year of Birth

**1985**

# Phone Numbers

**(786) 834-5970**

Cellular

# Accounts

Includes credit cards, real estate loans and installment loans. This information is reported to the credit bureaus from your creditors.

## 800 LOANMART/CCB

**POTENTIALLY NEGATIVE**

 **Account Info**

| | | | |
|---|---|---|---|
| Account Name | **800 LOANMART/CCB** | Balance | **$2,323** |
| Account Number | **423XXXX** | Balance Updated | **06/09/2026** |
| Account Type | **Auto Loan** | Recent Payment | - |
| Responsibility | **Individual** | Monthly Payment | - |
| Interest Type | - | Original Balance | **$1,957** |
| Date Opened | **08/27/2019** | Highest Balance | - |
| Status | **Account charged off/Never late. $1,957 written off. $2,323 past due as of Jun 2026.** | Terms | **40 Months** |
| | | On Record Until | **Oct 2026** |
| Status Updated | **Jan 2022** | | |



## Payment History

|      | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2026 | CO  | CO  | CO  | CO  | CO  | CO  | —   | —   | —   | —   | —   | —   |
| 2025 | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  |
| 2024 | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  |
| 2023 | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  |
| 2022 | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  |
| 2021 | ND  | ND  | ND  | ND  | ND  | ND  | ND  | ND  | ND  | ND  | ND  | ND  |
| 2020 | ✓   | ND  | ND  | ND  | ND  | ND  | ND  | ND  | ND  | ND  | ND  | ND  |
| 2019 | —   | —   | —   | —   | —   | —   | —   | —   | ✓   | ✓   | ✓   | ✓   |

✓  Current / Terms met

CO  Charge off

ND  No data for this period

### Payment history guide

Charge Off as of Jun 2026 to Jan 2022

This account is scheduled to continue on record until Oct 2026.



## Balance Histories

| Date     | Balance | Scheduled Payment | Paid              |
|----------|---------|-------------------|-------------------|
| May 2026 | $2,323  | $0                | $0 on 5/27/2021   |
| Mar 2026 | $2,323  | $0                | $0 on 5/27/2021   |
| Feb 2026 | $2,323  | $0                | $0 on 5/27/2021   |
| Dec 2025 | $2,323  | $0                | $0 on 5/27/2021   |

| Nov 2025 | $2,323 | $0 | $0 on 5/27/2021 |
| Oct 2025 | $2,323 | $0 | $0 on 5/27/2021 |
| Sep 2025 | $2,323 | $0 | $0 on 5/27/2021 |
| Aug 2025 | $2,323 | $0 | $0 on 5/27/2021 |
| Jul 2025 | $2,323 | $0 | $0 on 5/27/2021 |
| Jun 2025 | $2,323 | $0 | $0 on 5/27/2021 |
| May 2025 | $2,323 | $0 | $0 on 5/27/2021 |
| Apr 2025 | $2,323 | $0 | $0 on 5/27/2021 |
| Apr 2025 | $2,323 | $0 | $0 on 5/27/2021 |
| Feb 2025 | $2,323 | $0 | $0 on 5/27/2021 |
| Jan 2025 | $2,323 | $0 | $0 on 5/27/2021 |
| Dec 2024 | $2,323 | $0 | $0 on 5/27/2021 |
| Nov 2024 | $2,323 | $0 | $0 on 5/27/2021 |
| Oct 2024 | $2,323 | $0 | $0 on 5/27/2021 |
| Sep 2024 | $2,323 | $0 | $0 on 5/27/2021 |
| Aug 2024 | $2,323 | $0 | $0 on 5/27/2021 |
| Jul 2024 | $2,323 | $0 | $0 on 5/27/2021 |
| Jun 2024 | $2,323 | $0 | $0 on 5/27/2021 |

## Additional info

The original amount of this account was $1,957

 **Contact Info**

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY

| | |
|---|---|
| Address | 15400 SHERMAN WAY STE 170, VAN NUYS CA 91406 |
| Phone Number | (818) 465-1372 |



## Reinvestigation Info

**This item was updated from our processing of your dispute in Jun 2026.**

**BUY NOW PAY LATER** ⓘ

# AFFIRM INC

ⓘ Most buy now, pay later (BNPL) accounts don't impact traditional credit scores (at least from Experian), but may affect credit scores in the future. BNPL accounts may appear on your Experian credit report and late or missed payments may impact how the user of the report assesses your credit report.



## Account Info

| | | | |
|---|---|---|---|
| Account Name | **AFFIRM INC** | Balance | **$173** |
| Account Number | **6U2JXXXX** | Balance Updated | **06/03/2026** |
| Account Type | **Unsecured** | Recent Payment | **$36 as of 6/3/2026** |
| Responsibility | **Individual** | Monthly Payment | **$36** |
| Interest Type | **Fixed** | Original Balance | **$199** |
| Date Opened | **04/06/2026** | Highest Balance | **-** |
| Status | **Open/Never late.** | Terms | **6 Months** |
| Status Updated | **June 2026** | | |

## Payment History

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | — | — | — | — | ✓ | ✓ | — | — | — | — | — | — |

✓ Current / Terms met

PUBLIC ACCESS - NOT AN OFFICIAL COPY

NOT AN OFFICIAL COPY



## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **May 2026** | **$204** | **$36** | **$0** |

## Additional info

The original amount of this account was $199



## Contact Info

| | |
|---|---|
| Address | **650 CALIFORNIA ST FL 12, SAN FRANCISCO CA 94108** |
| Phone Number | (855) 423-3729 |

**BUY NOW PAY LATER** ⓘ

# AFFIRM INC

ⓘ Most buy now, pay later (BNPL) accounts don't impact traditional credit scores (at least from Experian), but may affect credit scores in the future. BNPL accounts may appear on your Experian credit report and late or missed payments may impact how the user of the report assesses your credit report.



## Account Info

| | | | |
|---|---|---|---|
| Account Name | **AFFIRM INC** | Balance | **$215** |
| Account Number | **E8PKXXXX** | Balance Updated | **06/03/2026** |
| Account Type | **Unsecured** | Recent Payment | **-** |
| Responsibility | **Individual** | Monthly Payment | **$20** |
| Interest Type | **Fixed** | Original Balance | **$208** |
| Date Opened | **04/28/2026** | Highest Balance | **-** |
| Status | **Open/Never late.** | Terms | **12 Months** |
| Status Updated | **June 2026** | | |

PUBLIC ACCESS - NOT AN OFFICIAL COPY

NOT AN OFFICIAL COPY

## $ Payment History

|  | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | — | — | — | — | ✓ | ✓ | — | — | — | — | — | — |

✓  Current / Terms met

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **May 2026** | **$209** | **$20** | **$0** |

### Additional info

The original amount of this account was $208

## ✉ Contact Info

| Address | 650 CALIFORNIA ST FL 12, SAN FRANCISCO CA 94108 |
|---|---|
| Phone Number | (855) 423-3729 |

**BUY NOW PAY LATER** ⓘ

# AFFIRM INC

ⓘ  Most buy now, pay later (BNPL) accounts don't impact traditional credit scores (at least from Experian), but may affect credit scores in the future. BNPL accounts may appear on your Experian credit report and late or missed payments may impact how the user of the report assesses your credit report.

## Account Info

PUBLIC ACCESS – NOT AN OFFICIAL COPY

NOT AN OFFICIAL COPY

| | | | |
|---|---|---|---|
| Account Name | **AFFIRM INC** | Balance | **$150** |
| Account Number | **W8V8XXXX** | Balance Updated | **06/03/2026** |
| Account Type | **Unsecured** | Recent Payment | **-** |
| Responsibility | **Individual** | Monthly Payment | **$27** |
| Interest Type | **Fixed** | Original Balance | **$146** |
| Date Opened | **05/07/2026** | Highest Balance | **-** |
| Status | **Open/Never late.** | Terms | **6 Months** |
| Status Updated | **June 2026** | | |



## Payment History

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | — | — | — | — | — | ✓ | — | — | — | — | — | — |

✓   Current / Terms met

## Contact Info

Address    **650 CALIFORNIA ST FL 12, SAN FRANCISCO CA 94108**

Phone Number    **(855) 423-3729**

# CAPITAL ONE

## Account Info

NOT AN OFFICIAL COPY - MOBILE ACCESS - NOT AN OFFICIAL COPY

| Account Name | CAPITAL ONE | Balance | $323 |
|---|---|---|---|
| Account Number | 515676XXXXXXXXXX | Balance Updated | 05/21/2026 |
| Account Type | Credit card | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | $37 |
| Interest Type | - | Credit Limit | $300 |
| Date Opened | 10/07/2025 | Highest Balance | $371 |
| Status | Open/Never late. | Terms | - |
| Status Updated | May 2026 | | |

## Payment History

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | ✓ | ✓ | ✓ | ✓ | ✓ | — | — | — | — | — | — | — |
| 2025 | — | — | — | — | — | — | — | — | — | ✓ | ✓ | ✓ |

✓  Current / Terms met

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Apr 2026 | $28 | $25 | $0 on 4/19/2026 |
| Mar 2026 | $10 | $10 | $0 on 2/23/2026 |
| Feb 2026 | $334 | $38 | $0 on 1/6/2026 |
| Jan 2026 | $302 | $25 | $0 on 1/6/2026 |
| Dec 2025 | $317 | $54 | $0 on 12/19/2025 |
| Nov 2025 | $331 | $38 | $0 |

## Additional info

Between Nov 2025 and Apr 2026, your credit limit/high balance was $300

 **Contact Info**

| | |
|---|---|
| Address | PO BOX 31293, SALT LAKE CITY UT 84131 |
| Phone Number | (800) 955-7070 |

# CAPITAL ONE

 **Account Info**

| | | | |
|---|---|---|---|
| Account Name | **CAPITAL ONE** | Balance | **$296** |
| Account Number | **517805XXXXXXXXXX** | Balance Updated | **05/13/2026** |
| Account Type | **Credit card** | Recent Payment | **-** |
| Responsibility | **Individual** | Monthly Payment | **$33** |
| Interest Type | **-** | Credit Limit | **$300** |
| Date Opened | **04/18/2025** | Highest Balance | **$353** |
| Status | **Open/Never late.** | Terms | **-** |
| Status Updated | **May 2026** | | |

 **Payment History**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | ✓ | ✓ | ✓ | ✓ | ✓ | — | — | — | — | — | — | — |
| 2025 | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met

**Balance Histories**

NOT AN OFFICIAL COPY – PUBLIC ACCESS - NOT AN OFFICIAL COPY

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Apr 2026 | $24 | $24 | $0 on 4/7/2026 |
| Mar 2026 | $14 | $14 | $0 on 2/23/2026 |
| Feb 2026 | $336 | $35 | $0 on 1/6/2026 |
| Jan 2026 | $304 | $25 | $0 on 1/6/2026 |
| Dec 2025 | $307 | $25 | $0 on 12/6/2025 |
| Nov 2025 | $353 | $51 | $0 on 10/31/2025 |
| Oct 2025 | $330 | $35 | $0 on 9/6/2025 |
| Sep 2025 | $261 | $25 | $0 on 9/6/2025 |
| Aug 2025 | $315 | $25 | $0 on 8/6/2025 |
| Jul 2025 | $332 | $36 | $0 on 6/7/2025 |
| Jun 2025 | $288 | $25 | $0 on 6/7/2025 |

## Additional info

Between Jun 2025 and Apr 2026, your credit limit/high balance was $300

 **Contact Info**

| | |
|---|---|
| Address | PO BOX 31293, SALT LAKE CITY UT 84131 |
| Phone Number | (800) 955-7070 |

# CB INDIGO/CCI

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFICIAL COPY



## Account Info

| | | | |
|---|---|---|---|
| Account Name | **CB INDIGO/CCI** | Balance | $1,150 |
| Account Number | **534348XXXXXXXXXX** | Balance Updated | 05/26/2026 |
| Account Type | **Credit card** | Recent Payment | - |
| Responsibility | **Individual** | Monthly Payment | $58 |
| Interest Type | - | Credit Limit | $1,000 |
| Date Opened | **10/09/2025** | Highest Balance | $1,150 |
| Status | **Open/Never late.** | Terms | - |
| Status Updated | **May 2026** | | |

## Payment History

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | ✓ | ✓ | ✓ | ✓ | ✓ | — | — | — | — | — | — | — |
| 2025 | — | — | — | — | — | — | — | — | — | ✓ | ✓ | ✓ |

✓ Current / Terms met

## Balance Histories


NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFICIAL COPY

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Apr 2026 | $381 | $40 | $350 on 4/25/2026 |
| Mar 2026 | $22 | $22 | $770 on 3/25/2026 |
| Feb 2026 | $42 | $40 | $980 on 2/23/2026 |
| Jan 2026 | $965 | $48 | $102 on 1/25/2026 |
| Dec 2025 | $1,023 | $51 | $98 on 12/25/2025 |
| Nov 2025 | $1,074 | $54 | $0 |
| Oct 2025 | $871 | $44 | $0 |

## Additional info

Between Oct 2025 and Apr 2026, your credit limit/high balance was $1,000



## Contact Info

| Address | PO BOX 4499, BEAVERTON OR 97076 |
|---------|----------------------------------|
| Phone Number | (800) 353-5920 |

# CHIME/STRIDE BANK NA



## Account Info

| Account Name | CHIME/STRIDE BANK NA | Balance | $0 |
|---|---|---|---|
| Account Number | 237104XXXXXX | Balance Updated | 05/03/2026 |
| Account Type | Secured Card | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | $0 |
| Interest Type | Fixed | Credit Limit | - |
| Date Opened | 05/21/2020 | Highest Balance | $119 |
| Status | Open/Never late. | Terms | 1 Month |
| Status Updated | May 2026 | | |

## $ Payment History

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | ✓ | ✓ | ✓ | ✓ | ✓ | — | — | — | — | — | — | — |
| 2025 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓  Current / Terms met

## $ Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Apr 2026 | $0 | $0 | $0 on 5/31/2021 |
| Mar 2026 | $0 | $0 | $0 on 5/31/2021 |
| Feb 2026 | $0 | $0 | $0 on 5/31/2021 |
| Jan 2026 | $0 | $0 | $0 on 5/31/2021 |
| Dec 2025 | $0 | $0 | $0 on 5/31/2021 |
| Nov 2025 | $0 | $0 | $0 on 5/31/2021 |

| | | | |
|---|---|---|---|
| Oct 2025 | $0 | $0 | $0 on 5/31/2021 |
| Sep 2025 | $0 | $0 | $0 on 5/31/2021 |
| Aug 2025 | $0 | $0 | $0 on 5/31/2021 |
| Jul 2025 | $0 | $0 | $0 on 5/31/2021 |
| Jun 2025 | $0 | $0 | $0 on 5/31/2021 |
| May 2025 | $0 | $0 | $0 on 5/31/2021 |
| Apr 2025 | $0 | $0 | $0 on 5/31/2021 |
| Mar 2025 | $0 | $0 | $7 on 5/31/2021 |
| Feb 2025 | $0 | $0 | $7 on 5/31/2021 |
| Jan 2025 | $0 | $0 | $7 on 5/31/2021 |
| Dec 2024 | $0 | $0 | $7 on 5/31/2021 |
| Nov 2024 | $0 | $0 | $7 on 5/31/2021 |
| Oct 2024 | $0 | $0 | $7 on 5/31/2021 |
| Sep 2024 | $0 | $0 | $7 on 5/31/2021 |
| Aug 2024 | $0 | $0 | $7 on 5/31/2021 |
| Jul 2024 | $0 | $0 | $7 on 5/31/2021 |
| Jun 2024 | $0 | $0 | $7 on 5/31/2021 |

## Additional info

Between Jun 2024 and Apr 2026, your credit limit/high balance was $0

 **Contact Info**

| | |
|---|---|
| Address | PO BOX 417, SAN FRANCISCO CA 94104 |
| Phone Number | (844) 244-6363 |



## Comment

**Current:**

None

**Previous:**

**Affected by natural or declared disaster.**

Invalid date

# CREDIT ONE BANK



## Account Info

| | | | |
|---|---|---|---|
| Account Name | **CREDIT ONE BANK** | Balance | **$343** |
| Account Number | **444796XXXXXXXXXX** | Balance Updated | **05/14/2026** |
| Account Type | **Credit card** | Recent Payment | - |
| Responsibility | **Individual** | Monthly Payment | **$30** |
| Interest Type | - | Credit Limit | **$300** |
| Date Opened | **05/01/2025** | Highest Balance | **$397** |
| Status | **Open/Never late.** | Terms | - |
| Status Updated | **May 2026** | | |

## Payment History

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | ✓ | ✓ | ✓ | ✓ | ✓ | — | — | — | — | — | — | — |
| 2025 | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓  Current / Terms met



## Balance Histories

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFICIAL COPY

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Apr 2026 | $29 | $29 | $175 on 4/14/2026 |
| Mar 2026 | $12 | $12 | $340 on 2/23/2026 |
| Feb 2026 | $350 | $30 | $0 on 1/6/2026 |
| Jan 2026 | $309 | $30 | $50 on 1/6/2026 |
| Dec 2025 | $348 | $30 | $60 on 12/11/2025 |
| Nov 2025 | $358 | $30 | $30 on 10/31/2025 |
| Oct 2025 | $338 | $30 | $0 on 9/10/2025 |
| Sep 2025 | $272 | $30 | $60 on 9/10/2025 |
| Aug 2025 | $322 | $30 | $30 on 8/10/2025 |
| Jul 2025 | $341 | $30 | $30 on 7/9/2025 |
| Jun 2025 | $321 | $30 | $0 |
| May 2025 | $245 | $30 | $0 |

## Additional info

Between May 2025 and Apr 2026, your credit limit/high balance was $300

 **Contact Info**

| | |
|---|---|
| Address | PO BOX 98875, LAS VEGAS NV 89193 |
| Phone Number | (877) 825-3242 |

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFICIAL COPY

# DADE COUNTY FCU

 ## Account Info

| | | | |
|---|---|---|---|
| Account Name | **DADE COUNTY FCU** | Balance | - |
| Account Number | **232096XXXX** | Balance Updated | - |
| Account Type | **Auto Loan** | Recent Payment | - |
| Responsibility | **Joint with ELLA ONICK** | Monthly Payment | - |
| Interest Type | **Fixed** | Original Balance | $20,379 |
| Date Opened | **04/24/2013** | Highest Balance | - |
| Status | **Paid, Closed/Never late.** | Terms | **60 Months** |
| Status Updated | **Oct 2017** | On Record Until | **Oct 2027** |

## Payment History

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | CLS | — | — |
| 2016 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ND | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2015 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2014 | ✓ | ✓ | ND | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2013 | — | ✓ | ✓ | ✓ | ✓ | ND | ND | ND | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met

CLS Closed

ND No data for this period

This account is scheduled to continue on record until Oct 2027.

 ## Contact Info

| Address | 1500 NW 107TH AVE, SWEETWATER FL 33172 |
| --- | --- |
| Phone Number | (305) 471-5080 |



## Reinvestigation Info

This item remained unchanged from our processing of your dispute in Jan 2024.

# DEPT OF EDUCATION/NELNET



## Account Info

| Account Name | DEPT OF EDUCATION/NELNET | Balance | $1,865 |
| --- | --- | --- | --- |
| | | Balance Updated | 05/31/2026 |
| Account Number | 900000XXXXXXXXX | Recent Payment | - |
| Account Type | Education | Monthly Payment | $0 |
| Responsibility | Individual | Original Balance | $1,750 |
| Interest Type | - | Highest Balance | - |
| Date Opened | 04/10/2014 | Terms | 240 Months |
| Status | Open/Never late. Deferred, payments begin Nov 2028. | | |
| Status Updated | May 2026 | | |



## Payment History

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFICIAL COPY

|      | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2026 | ND  | ND  | ND  | ND  | ✓   | —   | —   | —   | —   | —   | —   | —   |
| 2025 | ND  | ND  | ND  | ND  | ND  | ND  | ND  | ND  | ND  | ND  | ND  | ND  |
| 2024 | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ND  | ND  | ND  | ND  | ND  |
| 2023 | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   |
| 2022 | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   |
| 2021 | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   |
| 2020 | ✓   | ✓   | ND  | ND  | ND  | ND  | ND  | ✓   | ✓   | ✓   | ✓   | ✓   |
| 2019 | —   | —   | —   | —   | —   | —   | —   | —   | —   | —   | ✓   | ✓   |

✓   Current / Terms met

ND   No data for this period

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Apr 2026 | $1,865 | $0 | $0 on 4/28/2026 |
| Mar 2026 | $1,865 | $0 | $0 on 3/28/2026 |
| Feb 2026 | $1,878 | $0 | $0 on 2/28/2026 |
| Jan 2026 | $1,865 | $0 | $0 on 1/28/2026 |
| Dec 2025 | $1,865 | $0 | $0 on 12/28/2025 |
| Nov 2025 | $1,865 | $0 | $0 on 11/28/2025 |
| Oct 2025 | $1,865 | $0 | $0 on 10/28/2025 |
| Sep 2025 | $1,863 | $0 | $0 on 9/28/2025 |

| | | | |
|---|---|---|---|
| Aug 2025 | $1,857 | $0 | $0 on 8/28/2025 |
| Jul 2025 | $1,851 | $0 | $0 on 7/28/2025 |
| Jun 2025 | $1,851 | $0 | $0 on 6/28/2025 |
| May 2025 | $1,851 | $0 | $0 on 5/28/2025 |
| Apr 2025 | $1,851 | $0 | $0 on 4/28/2025 |
| Mar 2025 | $1,851 | $0 | $0 on 3/28/2025 |
| Feb 2025 | $1,851 | $0 | $0 on 2/28/2025 |
| Jan 2025 | $1,851 | $0 | $0 on 1/28/2025 |
| Dec 2024 | $1,851 | $0 | $0 on 12/28/2024 |
| Nov 2024 | $1,851 | $0 | $0 on 11/28/2024 |
| Oct 2024 | $1,851 | $0 | $0 on 10/28/2024 |
| Sep 2024 | $1,851 | $0 | $0 on 9/28/2024 |
| Aug 2024 | $1,851 | $0 | $0 on 8/28/2024 |
| Jul 2024 | $1,851 | $0 | $0 on 7/28/2024 |
| Jun 2024 | $1,851 | $0 | $0 on 6/28/2024 |

## Additional info

The original amount of this account was $1,750

 **Contact Info**

| | |
|---|---|
| Address | PO BOX 82561, LINCOLN NE 68501 |
| Phone Number | (888) 486-4722 |



## Comment

**Current:**

None

**Previous:**

Payment Deferred.

Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date

Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).

Invalid date, Invalid date, Invalid date



## Reinvestigation Info

This item was updated from our processing of your dispute in Dec 2019.

# DEPT OF EDUCATION/NELNET



## Account Info

| | | | |
|---|---|---|---|
| Account Name | **DEPT OF EDUCATION/NELNET** | Balance | $3,837 |
| | | Balance Updated | 05/31/2026 |
| Account Number | **900000XXXXXXXXXX** | Recent Payment | - |
| Account Type | **Education** | Monthly Payment | $0 |
| Responsibility | **Individual** | Original Balance | $3,000 |
| Interest Type | - | Highest Balance | - |
| Date Opened | **04/10/2014** | Terms | 240 Months |
| Status | **Open/Never late. Deferred, payments begin Nov 2028.** | | |
| Status Updated | **May 2026** | | |

## $ Payment History

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | ND | ND | ND | ND | ✓ | — | — | — | — | — | — | — |
| 2025 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ND | ND | ND | ND | ND |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ND | ND | ND | ND | ND | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | — | — | — | — | — | — | — | — | — | — | ✓ | ✓ |

✓ Current / Terms met

ND No data for this period

## 📄 Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Apr 2026 | $3,825 | $0 | $0 on 4/28/2026 |
| Mar 2026 | $3,814 | $0 | $0 on 3/28/2026 |
| Feb 2026 | $3,803 | $0 | $0 on 2/28/2026 |
| Jan 2026 | $3,793 | $0 | $0 on 1/28/2026 |
| Dec 2025 | $3,782 | $0 | $0 on 12/28/2025 |
| Nov 2025 | $3,770 | $0 | $0 on 11/28/2025 |
| Oct 2025 | $3,759 | $0 | $0 on |

10/28/2025

| | | | |
|---|---|---|---|
| Sep 2025 | $3,748 | $0 | $0 on 9/28/2025 |
| Aug 2025 | $3,737 | $0 | $0 on 8/28/2025 |
| Jul 2025 | $3,726 | $0 | $0 on 7/28/2025 |
| Jun 2025 | $3,726 | $0 | $0 on 6/28/2025 |
| May 2025 | $3,726 | $0 | $0 on 5/28/2025 |
| Apr 2025 | $3,726 | $0 | $0 on 4/28/2025 |
| Mar 2025 | $3,726 | $0 | $0 on 3/28/2025 |
| Feb 2025 | $3,726 | $0 | $0 on 2/28/2025 |
| Jan 2025 | $3,726 | $0 | $0 on 1/28/2025 |
| Dec 2024 | $3,726 | $0 | $0 on 12/28/2024 |
| Nov 2024 | $3,726 | $0 | $0 on 11/28/2024 |
| Oct 2024 | $3,726 | $0 | $0 on 10/28/2024 |
| Sep 2024 | $3,726 | $0 | $0 on 9/28/2024 |
| Aug 2024 | $3,726 | $0 | $0 on 8/28/2024 |
| Jul 2024 | $3,726 | $0 | $0 on 7/28/2024 |
| Jun 2024 | $3,726 | $0 | $0 on 6/28/2024 |

## Additional info

The original amount of this account was $3,000

 **Contact Info**

PUBLIC ACCESS – NOT AN OFFICIAL COPY
NOT AN OFFICIAL COPY

| | |
|---|---|
| Address | PO BOX 82561,<br>LINCOLN NE 68501 |
| Phone Number | (888) 486-4722 |



## Comment

**Current:**

None

## Previous:

**Payment Deferred.**

Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date

**Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).**

Invalid date, Invalid date, Invalid date



## Reinvestigation Info

This item was updated from our processing of your dispute in Dec 2019.

# DEPT OF EDUCATION/NELNET



## Account Info

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFICIAL COPY

| Account Name | DEPT OF EDUCATION/NELNET | Balance | $2,770 |
|---|---|---|---|
| | | Balance Updated | 05/31/2026 |
| Account Number | 900000XXXXXXXXX | Recent Payment | - |
| Account Type | Education | Monthly Payment | $0 |
| Responsibility | Individual | Original Balance | $2,625 |
| Interest Type | - | Highest Balance | - |
| Date Opened | 09/16/2014 | Terms | 240 Months |
| Status | Open/Never late. Deferred, payments begin Nov 2028. | | |
| Status Updated | May 2026 | | |

## $ Payment History

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | ND | ND | ND | ND | ✓ | — | — | — | — | — | — | — |
| 2025 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ND | ND | ND | ND | ND |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ND | ND | ND | ND | ND | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | — | — | — | — | — | — | — | — | — | ✓ | ✓ | |

✓  Current / Terms met

ND  No data for this period

## 📋 Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Apr 2026 | $2,770 | $0 | $0 on 4/28/2026 |
| Mar 2026 | $2,770 | $0 | $0 on 3/28/2026 |

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY

| | | | |
|---|---|---|---|
| Feb 2026 | $2,793 | $0 | $0 on 2/28/2026 |
| Jan 2026 | $2,770 | $0 | $0 on 1/28/2026 |
| Dec 2025 | $2,770 | $0 | $0 on 12/28/2025 |
| Nov 2025 | $2,770 | $0 | $0 on 11/28/2025 |
| Oct 2025 | $2,770 | $0 | $0 on 10/28/2025 |
| Sep 2025 | $2,766 | $0 | $0 on 9/28/2025 |
| Aug 2025 | $2,756 | $0 | $0 on 8/28/2025 |
| Jul 2025 | $2,745 | $0 | $0 on 7/28/2025 |
| Jun 2025 | $2,745 | $0 | $0 on 6/28/2025 |
| May 2025 | $2,745 | $0 | $0 on 5/28/2025 |
| Apr 2025 | $2,745 | $0 | $0 on 4/28/2025 |
| Mar 2025 | $2,745 | $0 | $0 on 3/28/2025 |
| Feb 2025 | $2,745 | $0 | $0 on 2/28/2025 |
| Jan 2025 | $2,745 | $0 | $0 on 1/28/2025 |
| Dec 2024 | $2,745 | $0 | $0 on 12/28/2024 |
| Nov 2024 | $2,745 | $0 | $0 on 11/28/2024 |
| Oct 2024 | $2,745 | $0 | $0 on 10/28/2024 |
| Sep 2024 | $2,745 | $0 | $0 on 9/28/2024 |
| Aug 2024 | $2,745 | $0 | $0 on 8/28/2024 |
| Jul 2024 | $2,745 | $0 | $0 on 7/28/2024 |

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFICIAL COPY

| Jun 2024 | $2,745 | $0 | $0 on 6/28/2024 |

## Additional info

The original amount of this account was $2,625



## Contact Info

| Address | PO BOX 82561, LINCOLN NE 68501 |
| Phone Number | (888) 486-4722 |



## Comment

**Current:**

Completed investigation of FCRA dispute - consumer disagrees.

**Previous:**

Completed investigation of FCRA dispute - consumer disagrees.

Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date

Payment Deferred.

Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date

Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).

Invalid date



## Reinvestigation Info

PUBLIC ACCESS - NOT AN OFFICIAL COPY
NOT AN OFFICIAL COPY

**This item was updated from our processing of your dispute in Apr 2025.**

# DEPT OF EDUCATION/NELNET

 ## Account Info

| | | | |
|---|---|---|---|
| Account Name | **DEPT OF EDUCATION/NELNET** | Balance | **$461** |
| | | Balance Updated | **05/31/2026** |
| Account Number | **900000XXXXXXXXX** | Recent Payment | - |
| Account Type | **Education** | Monthly Payment | **$0** |
| Responsibility | **Individual** | Original Balance | **$437** |
| Interest Type | - | Highest Balance | - |
| Date Opened | **06/02/2015** | Terms | **240 Months** |
| Status | **Open/Never late. Deferred, payments begin Nov 2028.** | | |
| Status Updated | **May 2026** | | |

 ## Payment History

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFICIAL COPY

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | ND | ND | ND | ND | ✓ | — | — | — | — | — | — | — |
| 2025 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ND | ND | ND | ND | ND |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ND | ND | ND | ND | ND | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | — | — | — | — | — | — | — | — | — | — | ✓ | ✓ |

✓    Current / Terms met

ND    No data for this period

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Apr 2026 | $461 | $0 | $0 on 4/28/2026 |
| Mar 2026 | $461 | $0 | $0 on 3/28/2026 |
| Feb 2026 | $465 | $0 | $0 on 2/28/2026 |
| Jan 2026 | $461 | $0 | $0 on 1/28/2026 |
| Dec 2025 | $461 | $0 | $0 on 12/28/2025 |
| Nov 2025 | $461 | $0 | $0 on 11/28/2025 |
| Oct 2025 | $461 | $0 | $0 on 10/28/2025 |
| Sep 2025 | $460 | $0 | $0 on 9/28/2025 |

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFICIAL COPY

| | | | |
|---|---|---|---|
| Aug 2025 | $458 | $0 | $0 on 8/28/2025 |
| Jul 2025 | $457 | $0 | $0 on 7/28/2025 |
| Jun 2025 | $457 | $0 | $0 on 6/28/2025 |
| May 2025 | $457 | $0 | $0 on 5/28/2025 |
| Apr 2025 | $457 | $0 | $0 on 4/28/2025 |
| Mar 2025 | $457 | $0 | $0 on 3/28/2025 |
| Feb 2025 | $457 | $0 | $0 on 2/28/2025 |
| Jan 2025 | $457 | $0 | $0 on 1/28/2025 |
| Dec 2024 | $457 | $0 | $0 on 12/28/2024 |
| Nov 2024 | $457 | $0 | $0 on 11/28/2024 |
| Oct 2024 | $457 | $0 | $0 on 10/28/2024 |
| Sep 2024 | $457 | $0 | $0 on 9/28/2024 |
| Aug 2024 | $457 | $0 | $0 on 8/28/2024 |
| Jul 2024 | $457 | $0 | $0 on 7/28/2024 |
| Jun 2024 | $457 | $0 | $0 on 6/28/2024 |

## Additional info

The original amount of this account was $437

 **Contact Info**

| | |
|---|---|
| Address | PO BOX 82561, LINCOLN NE 68501 |
| Phone Number | (888) 486-4722 |



## Comment

**Current:**

Completed investigation of FCRA dispute - consumer disagrees.

**Previous:**

Completed investigation of FCRA dispute - consumer disagrees.

Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date

**Payment Deferred.**

Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date

**Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).**

Invalid date



## Reinvestigation Info

This item was updated from our processing of your dispute in Apr 2025.

# DEPT OF EDUCATION/NELNET



## Account Info

| Account Name | DEPT OF EDUCATION/NELNET | Balance | $1,839 |
|---|---|---|---|
| | | Balance Updated | 05/31/2026 |
| Account Number | 900000XXXXXXXXX | Recent Payment | - |
| Account Type | Education | Monthly Payment | $0 |
| Responsibility | Individual | Original Balance | $1,750 |
| Interest Type | - | Highest Balance | - |
| Date Opened | 10/29/2015 | Terms | 240 Months |
| Status | Open/Never late. Deferred, payments begin Nov 2028. | | |
| Status Updated | May 2026 | | |

## $ Payment History

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | ND | ND | ND | ND | ✓ | — | — | — | — | — | — | — |
| 2025 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ND | ND | ND | ND | ND |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ND | ND | ND | ND | ND | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | — | — | — | — | — | — | — | — | — | ✓ | ✓ | |

✓ Current / Terms met

ND No data for this period

## ▤ Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Apr 2026 | $1,839 | $0 | $0 on 4/28/2026 |
| Mar 2026 | $1,839 | $0 | $0 on 3/28/2026 |

| | | | |
|---|---|---|---|
| Feb 2026 | $1,853 | $0 | $0 on 2/28/2026 |
| Jan 2026 | $1,839 | $0 | $0 on 1/28/2026 |
| Dec 2025 | $1,839 | $0 | $0 on 12/28/2025 |
| Nov 2025 | $1,839 | $0 | $0 on 11/28/2025 |
| Oct 2025 | $1,839 | $0 | $0 on 10/28/2025 |
| Sep 2025 | $1,836 | $0 | $0 on 9/28/2025 |
| Aug 2025 | $1,830 | $0 | $0 on 8/28/2025 |
| Jul 2025 | $1,823 | $0 | $0 on 7/28/2025 |
| Jun 2025 | $1,823 | $0 | $0 on 6/28/2025 |
| May 2025 | $1,823 | $0 | $0 on 5/28/2025 |
| Apr 2025 | $1,823 | $0 | $0 on 4/28/2025 |
| Mar 2025 | $1,823 | $0 | $0 on 3/28/2025 |
| Feb 2025 | $1,823 | $0 | $0 on 2/28/2025 |
| Jan 2025 | $1,823 | $0 | $0 on 1/28/2025 |
| Dec 2024 | $1,823 | $0 | $0 on 12/28/2024 |
| Nov 2024 | $1,823 | $0 | $0 on 11/28/2024 |
| Oct 2024 | $1,823 | $0 | $0 on 10/28/2024 |
| Sep 2024 | $1,823 | $0 | $0 on 9/28/2024 |
| Aug 2024 | $1,823 | $0 | $0 on 8/28/2024 |
| Jul 2024 | $1,823 | $0 | $0 on 7/28/2024 |

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFICIAL COPY

| | | | |
|---|---|---|---|
| **Jun 2024** | **$1,823** | **$0** | **$0 on 6/28/2024** |

## Additional info

The original amount of this account was $1,750



## Contact Info

| | |
|---|---|
| Address | PO BOX 82561, LINCOLN NE 68501 |
| Phone Number | (888) 486-4722 |



## Comment

### Current:

Completed investigation of FCRA dispute - consumer disagrees.

### Previous:

Completed investigation of FCRA dispute - consumer disagrees.

Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date

**Payment Deferred.**

Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date

**Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).**

Invalid date



## Reinvestigation Info

PUBLIC ACCESS – NOT AN OFFICIAL COPY

NOT AN OFFICIAL COPY

This item was updated from our processing of your dispute in Apr 2025.

# DEPT OF EDUCATION/NELNET

 **Account Info**

| | | | |
|---|---|---|---|
| Account Name | **DEPT OF EDUCATION/NELNET** | Balance | $3,708 |
| | | Balance Updated | 05/31/2026 |
| Account Number | **900000XXXXXXXXX** | Recent Payment | - |
| Account Type | **Education** | Monthly Payment | $0 |
| Responsibility | **Individual** | Original Balance | $3,000 |
| Interest Type | - | Highest Balance | - |
| Date Opened | **10/29/2015** | Terms | 240 Months |
| Status | **Open/Never late. Deferred, payments begin Nov 2028.** | | |
| Status Updated | **May 2026** | | |

 **Payment History**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | ND | ND | ND | ND | ✓ | — | — | — | — | — | — | — |
| 2025 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ND | ND | ND | ND | ND |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ND | ND | ND | ND | ND | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | — | — | — | — | — | — | — | — | — | — | ✓ | ✓ |

✓   Current / Terms met

ND   No data for this period

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Apr 2026 | $3,696 | $0 | $0 on 4/28/2026 |
| Mar 2026 | $3,684 | $0 | $0 on 3/28/2026 |
| Feb 2026 | $3,672 | $0 | $0 on 2/28/2026 |
| Jan 2026 | $3,661 | $0 | $0 on 1/28/2026 |
| Dec 2025 | $3,649 | $0 | $0 on 12/28/2025 |
| Nov 2025 | $3,637 | $0 | $0 on 11/28/2025 |
| Oct 2025 | $3,625 | $0 | $0 on 10/28/2025 |
| Sep 2025 | $3,613 | $0 | $0 on 9/28/2025 |

| | | | |
|---|---|---|---|
| Aug 2025 | $3,602 | $0 | $0 on 8/28/2025 |
| Jul 2025 | $3,590 | $0 | $0 on 7/28/2025 |
| Jun 2025 | $3,590 | $0 | $0 on 6/28/2025 |
| May 2025 | $3,590 | $0 | $0 on 5/28/2025 |
| Apr 2025 | $3,590 | $0 | $0 on 4/28/2025 |
| Mar 2025 | $3,590 | $0 | $0 on 3/28/2025 |
| Feb 2025 | $3,590 | $0 | $0 on 2/28/2025 |
| Jan 2025 | $3,590 | $0 | $0 on 1/28/2025 |
| Dec 2024 | $3,590 | $0 | $0 on 12/28/2024 |
| Nov 2024 | $3,590 | $0 | $0 on 11/28/2024 |
| Oct 2024 | $3,590 | $0 | $0 on 10/28/2024 |
| Sep 2024 | $3,590 | $0 | $0 on 9/28/2024 |
| Aug 2024 | $3,590 | $0 | $0 on 8/28/2024 |
| Jul 2024 | $3,590 | $0 | $0 on 7/28/2024 |
| Jun 2024 | $3,590 | $0 | $0 on 6/28/2024 |

## Additional info

The original amount of this account was $3,000

 **Contact Info**

| | |
|---|---|
| Address | PO BOX 82561, LINCOLN NE 68501 |
| Phone Number | (888) 486-4722 |



## Comment

**Current:**

None

**Previous:**

Payment Deferred.

Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date

Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).

Invalid date, Invalid date, Invalid date



## Reinvestigation Info

This item was updated from our processing of your dispute in Dec 2019.

# DEPT OF EDUCATION/NELNET



## Account Info

| | | | |
|---|---|---|---|
| Account Name | **DEPT OF EDUCATION/NELNET** | Balance | $2,386 |
| | | Balance Updated | 05/31/2026 |
| Account Number | **900000XXXXXXXXX** | Recent Payment | - |
| Account Type | **Education** | Monthly Payment | $0 |
| Responsibility | **Individual** | Original Balance | $2,327 |
| Interest Type | - | Highest Balance | - |
| Date Opened | **02/27/2020** | Terms | **240 Months** |
| Status | **Open/Never late. Deferred, payments begin Nov 2028.** | | |
| Status Updated | **May 2026** | | |

## $ Payment History

|  | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | ND | ND | ND | ND | ✓ | — | — | — | — | — | — | — |
| 2025 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ND | ND | ND | ND | ND |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met

ND No data for this period

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Apr 2026 | $2,386 | $0 | $0 on 4/28/2026 |
| Mar 2026 | $2,386 | $0 | $0 on 3/28/2026 |
| Feb 2026 | $2,406 | $0 | $0 on 2/28/2026 |
| Jan 2026 | $2,386 | $0 | $0 on 1/28/2026 |
| Dec 2025 | $2,386 | $0 | $0 on 12/28/2025 |
| Nov 2025 | $2,386 | $0 | $0 on 11/28/2025 |
| Oct 2025 | $2,386 | $0 | $0 on 10/28/2025 |
| Sep 2025 | $2,382 | $0 | $0 on 9/28/2025 |

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFICIAL COPY

| | | | |
|---|---|---|---|
| Aug 2025 | $2,373 | $0 | $0 on 8/28/2025 |
| Jul 2025 | $2,364 | $0 | $0 on 7/28/2025 |
| Jun 2025 | $2,364 | $0 | $0 on 6/28/2025 |
| May 2025 | $2,364 | $0 | $0 on 5/28/2025 |
| Apr 2025 | $2,364 | $0 | $0 on 4/28/2025 |
| Mar 2025 | $2,364 | $0 | $0 on 3/28/2025 |
| Feb 2025 | $2,364 | $0 | $0 on 2/28/2025 |
| Jan 2025 | $2,364 | $0 | $0 on 1/28/2025 |
| Dec 2024 | $2,364 | $0 | $0 on 12/28/2024 |
| Nov 2024 | $2,364 | $0 | $0 on 11/28/2024 |
| Oct 2024 | $2,364 | $0 | $0 on 10/28/2024 |
| Sep 2024 | $2,364 | $0 | $0 on 9/28/2024 |
| Aug 2024 | $2,364 | $0 | $0 on 8/28/2024 |
| Jul 2024 | $2,364 | $0 | $0 on 7/28/2024 |
| Jun 2024 | $2,364 | $0 | $0 on 6/28/2024 |

## Additional info

The original amount of this account was $2,327

 **Contact Info**

| | |
|---|---|
| Address | PO BOX 82561, LINCOLN NE 68501 |
| Phone Number | (888) 486-4722 |



## Comment

**Current:**

None

**Previous:**

**Payment Deferred.**

Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date

**Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).**

Invalid date, Invalid date, Invalid date

# DEPT OF EDUCATION/NELNET



## Account Info

| | | | |
|---|---|---|---|
| Account Name | DEPT OF EDUCATION/NELNET | Balance | $3,181 |
| | | Balance Updated | 05/31/2026 |
| Account Number | 900000XXXXXXXXX | Recent Payment | - |
| Account Type | Education | Monthly Payment | $0 |
| Responsibility | Individual | Original Balance | $3,000 |
| Interest Type | - | Highest Balance | - |
| Date Opened | 02/27/2020 | Terms | 240 Months |
| Status | Open/Never late. Deferred, payments begin Nov 2028. | | |
| Status Updated | May 2026 | | |



## Payment History

|      | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2026 | ND  | ND  | ND  | ND  | ✓   | —   | —   | —   | —   | —   | —   | —   |
| 2025 | ND  | ND  | ND  | ND  | ND  | ND  | ND  | ND  | ND  | ND  | ND  | ND  |
| 2024 | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ND  | ND  | ND  | ND  | ND  |
| 2023 | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   |
| 2022 | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   |
| 2021 | —   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   |

✓   Current / Terms met

ND   No data for this period



## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Apr 2026 | $3,170 | $0 | $0 on 4/28/2026 |
| Mar 2026 | $3,159 | $0 | $0 on 3/28/2026 |
| Feb 2026 | $3,147 | $0 | $0 on 2/28/2026 |
| Jan 2026 | $3,137 | $0 | $0 on 1/28/2026 |
| Dec 2025 | $3,125 | $0 | $0 on 12/28/2025 |
| Nov 2025 | $3,114 | $0 | $0 on 11/28/2025 |
| Oct 2025 | $3,102 | $0 | $0 on 10/28/2025 |
| Sep 2025 | $3,091 | $0 | $0 on 9/28/2025 |
| Aug 2025 | $3,080 | $0 | $0 on 8/28/2025 |

| Jul 2025 | $3,068 | $0 | $0 on 7/28/2025 |
| Jun 2025 | $3,068 | $0 | $0 on 6/28/2025 |
| May 2025 | $3,068 | $0 | $0 on 5/28/2025 |
| Apr 2025 | $3,068 | $0 | $0 on 4/28/2025 |
| Mar 2025 | $3,068 | $0 | $0 on 3/28/2025 |
| Feb 2025 | $3,068 | $0 | $0 on 2/28/2025 |
| Jan 2025 | $3,068 | $0 | $0 on 1/28/2025 |
| Dec 2024 | $3,068 | $0 | $0 on 12/28/2024 |
| Nov 2024 | $3,068 | $0 | $0 on 11/28/2024 |
| Oct 2024 | $3,068 | $0 | $0 on 10/28/2024 |
| Sep 2024 | $3,068 | $0 | $0 on 9/28/2024 |
| Aug 2024 | $3,068 | $0 | $0 on 8/28/2024 |
| Jul 2024 | $3,068 | $0 | $0 on 7/28/2024 |
| Jun 2024 | $3,068 | $0 | $0 on 6/28/2024 |

## Additional info

The original amount of this account was $3,000

 ## Contact Info

| Address | PO BOX 82561, LINCOLN NE 68501 |
| Phone Number | (888) 486-4722 |

 ## Comment

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFICIAL COPY

**Current:**

None

**Previous:**

Payment Deferred.

Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date

Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).

Invalid date, Invalid date, Invalid date

# DEPT OF EDUCATION/NELNET

 **Account Info**

| | | | |
|---|---|---|---|
| Account Name | **DEPT OF EDUCATION/NELNET** | Balance | **$530** |
| | | Balance Updated | **05/31/2026** |
| Account Number | **900000XXXXXXXXX** | Recent Payment | **-** |
| Account Type | **Education** | Monthly Payment | **$0** |
| Responsibility | **Individual** | Original Balance | **$525** |
| Interest Type | **-** | Highest Balance | **-** |
| Date Opened | **02/06/2024** | Terms | **-** |
| Status | **Open/Never late. Deferred, payments begin Nov 2028.** | | |
| Status Updated | **May 2026** | | |

$ **Payment History**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | ND | ND | ND | ND | ✓ | — | — | — | — | — | — | — |
| 2025 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 2024 | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ND | ND | ND | ND | ND |

✓   Current / Terms met

ND   No data for this period



## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Apr 2026 | $530 | $0 | $0 |
| Mar 2026 | $530 | $0 | $0 |
| Feb 2026 | $536 | $0 | $0 |
| Jan 2026 | $530 | $0 | $0 |
| Dec 2025 | $530 | $0 | $0 |
| Nov 2025 | $530 | $0 | $0 |
| Oct 2025 | $530 | $0 | $0 |
| Sep 2025 | $529 | $0 | $0 |
| Aug 2025 | $527 | $0 | $0 |
| Jul 2025 | $525 | $0 | $0 |
| Jun 2025 | $525 | $0 | $0 |
| May 2025 | $525 | $0 | $0 |
| Apr 2025 | $525 | $0 | $0 |

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFICIAL COPY

| | | | |
|---|---|---|---|
| Mar 2025 | $525 | $0 | $0 |
| Feb 2025 | $525 | $0 | $0 |
| Jan 2025 | $525 | $0 | $0 |
| Dec 2024 | $525 | $0 | $0 |
| Nov 2024 | $525 | $0 | $0 |
| Oct 2024 | $525 | $0 | $0 |
| Sep 2024 | $525 | $0 | $0 |
| Aug 2024 | $525 | $0 | $0 |
| Jul 2024 | $525 | $0 | $0 |
| Jun 2024 | $525 | $0 | $0 |

## Additional info

The original amount of this account was $525

 **Contact Info**

| | |
|---|---|
| Address | PO BOX 82561, LINCOLN NE 68501 |
| Phone Number | (888) 486-4722 |

 **Comment**

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFICIAL COPY

**Current:**

None

**Previous:**

Payment Deferred.

Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date

Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).

Invalid date, Invalid date, Invalid date

# DEPT OF EDUCATION/NELNET



## Account Info

| | | | |
|---|---|---|---|
| Account Name | DEPT OF EDUCATION/NELNET | Balance | $563 |
| | | Balance Updated | 05/31/2026 |
| Account Number | 900000XXXXXXXXX | Recent Payment | - |
| Account Type | Education | Monthly Payment | $0 |
| Responsibility | Individual | Original Balance | $563 |
| Interest Type | - | Highest Balance | - |
| Date Opened | 10/29/2025 | Terms | - |
| Status | Open/Never late. Deferred, payments begin Dec 2028. | | |
| Status Updated | May 2026 | | |

## Payment History

|      | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2026 | ✓   | ✓   | ✓   | ✓   | ✓   | —   | —   | —   | —   | —   | —   | —   |
| 2025 | —   | —   | —   | —   | —   | —   | —   | —   | —   | ✓   | ✓   | ✓   |

✓ Current / Terms met



## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Apr 2026 | $563 | $0 | $0 |
| Mar 2026 | $563 | $0 | $0 |
| Feb 2026 | $563 | $0 | $0 |
| Jan 2026 | $1,126 | $0 | $0 |
| Dec 2025 | $563 | $0 | $0 |
| Nov 2025 | $563 | $0 | $0 |
| Oct 2025 | $563 | $0 | $0 |

## Additional info

The original amount of this account was $563



## Contact Info

| | |
|---|---|
| Address | PO BOX 82561, LINCOLN NE 68501 |
| Phone Number | (888) 486-4722 |

## Comment

## Current:

**None**

## Previous:

**Payment Deferred.**

Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date

# DEPT OF EDUCATION/NELNET



## Account Info

| | | | |
|---|---|---|---|
| Account Name | **DEPT OF EDUCATION/NELNET** | Balance | **$778** |
| | | Balance Updated | **05/31/2026** |
| Account Number | **900000XXXXXXXXXX** | Recent Payment | **-** |
| Account Type | **Education** | Monthly Payment | **$0** |
| Responsibility | **Individual** | Original Balance | **$750** |
| Interest Type | **-** | Highest Balance | **-** |
| Date Opened | **10/29/2025** | Terms | **-** |
| Status | **Open/Never late. Deferred, payments begin Dec 2028.** | | |
| Status Updated | **May 2026** | | |

## Payment History

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | ✓ | ✓ | ✓ | ✓ | ✓ | — | — | — | — | — | — | — |
| 2025 | — | — | — | — | — | — | — | — | — | ✓ | ✓ | ✓ |

✓ Current / Terms met

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFICIAL COPY



## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Apr 2026 | $774 | $0 | $0 |
| Mar 2026 | $770 | $0 | $0 |
| Feb 2026 | $766 | $0 | $0 |
| Jan 2026 | $1,516 | $0 | $0 |
| Dec 2025 | $758 | $0 | $0 |
| Nov 2025 | $754 | $0 | $0 |
| Oct 2025 | $750 | $0 | $0 |

### Additional info

The original amount of this account was $750



## Contact Info

| | |
|---|---|
| Address | PO BOX 82561, LINCOLN NE 68501 |
| Phone Number | (888) 486-4722 |



## Comment

### Current:

None

### Previous:

Payment Deferred.

Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date

# DEPT OF EDUCATION/NELNET

 **Account Info**

| Account Name | DEPT OF EDUCATION/NELNET | Balance | $1,687 |
|---|---|---|---|
| | | Balance Updated | 05/31/2026 |
| Account Number | 900000XXXXXXXXX | Recent Payment | - |
| Account Type | Education | Monthly Payment | $0 |
| Responsibility | Individual | Original Balance | $1,687 |
| Interest Type | - | Highest Balance | - |
| Date Opened | 03/12/2026 | Terms | - |
| Status | Open/Never late. Deferred, payments begin Dec 2028. | | |
| Status Updated | May 2026 | | |

## Payment History

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | — | — | ✓ | ✓ | ✓ | — | — | — | — | — | — | — |

✓ Current / Terms met

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Apr 2026 | $1,687 | $0 | $0 |
| Mar 2026 | $1,687 | $0 | $0 |

## Additional info

The original amount of this account was $1,687



## Contact Info

| | |
|---|---|
| Address | PO BOX 82561, LINCOLN NE 68501 |
| Phone Number | (888) 486-4722 |



## Comment

### Current:

None

### Previous:

**Payment Deferred.**

Invalid date, Invalid date

# DEPT OF EDUCATION/NELNET



## Account Info

| | | | |
|---|---|---|---|
| Account Name | DEPT OF EDUCATION/NELNET | Balance | $2,281 |
| | | Balance Updated | 05/31/2026 |
| Account Number | 900000XXXXXXXXXX | Recent Payment | - |
| Account Type | Education | Monthly Payment | $0 |
| Responsibility | Individual | Original Balance | $2,250 |
| Interest Type | - | Highest Balance | - |
| Date Opened | 03/12/2026 | Terms | - |
| Status | Open/Never late. Deferred, payments begin Dec 2028. | | |
| Status Updated | May 2026 | | |



## Payment History

|  | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | — | — | ✓ | ✓ | ✓ | — | — | — | — | — | — | — |

✓ Current / Terms met



## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Apr 2026 | $2,268 | $0 | $0 |
| Mar 2026 | $2,257 | $0 | $0 |

## Additional info

The original amount of this account was $2,250

## Contact Info

| Address | PO BOX 82561, LINCOLN NE 68501 |
|---|---|
| Phone Number | (888) 486-4722 |



## Comment

### Current:

None

### Previous:

Payment Deferred.

Invalid date, Invalid date

# MERRICK BANK CORP

POTENTIALLY NEGATIVE

 **Account Info**

| | | | |
|---|---|---|---|
| Account Name | **MERRICK BANK CORP** | Balance | $7,963 |
| Account Number | **546316XXXXXXXXXX** | Balance Updated | 05/28/2026 |
| Account Type | **Credit card** | Recent Payment | - |
| Responsibility | **Individual** | Monthly Payment | - |
| Interest Type | - | Credit Limit | $700 |
| Date Opened | **04/25/2022** | Highest Balance | $7,963 |
| Status | **Account charged off. $7,963 written off. $7,963 past due as of May 2026.** | Terms | - |
| | | On Record Until | **Nov 2030** |
| Status Updated | **Aug 2024** | | |

 **Payment History**

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFICIAL COPY

|      | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2026 | CO  | CO  | CO  | CO  | CO  | –   | –   | –   | –   | –   | –   | –   |
| 2025 | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  |
| 2024 | ✓   | ✓   | 30  | 60  | 90  | 120 | 150 | CO  | CO  | CO  | CO  | CO  |
| 2023 | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | 30  | ✓   | ✓   | ✓   | ✓   | ✓   |
| 2022 | –   | –   | –   | –   | ✓   | ✓   | ✓   | 30  | 60  | 90  | ✓   | ✓   |

✓   Current / Terms met

30   Past due 30 days

60   Past due 60 days

90   Past due 90 days

120   Past due 120 days

150   Past due 150 days

CO   Charge off

## Payment history guide

Charge Off as of May 2026 to Aug 2024

150 days past due as of Jul 2024

120 days past due as of Jun 2024

90 days past due as of May 2024,Oct 2022

60 days past due as of Apr 2024,Sep 2022

30 days past due as of Mar 2024,Jul 2023,Aug 2022

This account is scheduled to continue on record until Nov 2030.

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|

| | | | |
|---|---|---|---|
| Apr 2026 | $7,963 | $0 | $0 on 7/31/2023 |
| Mar 2026 | $7,963 | $0 | $0 on 1/25/2024 |
| Feb 2026 | $7,963 | $0 | $0 on 7/31/2023 |
| Jan 2026 | $7,963 | $0 | $0 on 11/15/2023 |
| Dec 2025 | $7,963 | $0 | $0 on 1/25/2024 |
| Nov 2025 | $7,963 | $0 | $0 on 1/25/2024 |
| Oct 2025 | $7,963 | $0 | $0 on 1/25/2024 |
| Sep 2025 | $7,963 | $0 | $0 on 1/25/2024 |
| Aug 2025 | $7,963 | $0 | $0 on 1/25/2024 |
| Jul 2025 | $7,963 | $0 | $0 on 1/25/2024 |
| Jun 2025 | $7,963 | $0 | $0 on 1/25/2024 |
| May 2025 | $7,963 | $0 | $0 on 1/25/2024 |
| Apr 2025 | $7,963 | $0 | $0 on 7/31/2023 |
| Mar 2025 | $7,963 | $0 | $0 on 1/25/2024 |
| Feb 2025 | $7,963 | $0 | $0 on 1/25/2024 |
| Jan 2025 | $7,963 | $0 | $0 on 1/25/2024 |
| Dec 2024 | $7,963 | $0 | $0 on 1/25/2024 |
| Nov 2024 | $7,963 | $0 | $0 on 1/25/2024 |
| Oct 2024 | $7,963 | $0 | $0 on 1/25/2024 |
| Sep 2024 | $7,963 | $0 | $0 on 1/25/2024 |
| Aug 2024 | $7,963 | $0 | $0 on 12/8/2023 |
| Jul 2024 | $7,740 | $295 | $0 on 12/8/2023 |

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFICIAL COPY

| Jun 2024 | $4,732 | $177 | $0 on 12/8/2023 |

## Additional info

Between Jun 2024 and Apr 2026, your credit limit/high balance was $700



## Historical Info

| Original Creditor | **MERRICK BANK** |



## Contact Info

| Address | PO BOX 9201, OLD BETHPAGE NY 11804 |
| Phone Number | (801) 545-6600 |



## Reinvestigation Info

This item was updated from our processing of your dispute in Jun 2026.

# VYSTAR CREDIT UNION

POTENTIALLY NEGATIVE



## Account Info

| Account Name | **VYSTAR CREDIT UNION** | Balance | - |
| Account Number | 107903XXXXXX | Balance Updated | - |
| Account Type | **Deposit** | Recent Payment | - |
| Responsibility | **Individual** | Monthly Payment | - |
| Interest Type | - | Original Balance | - |
| Date Opened | **06/21/2023** | Highest Balance | - |
| Status | **Paid, Closed. $292 written off.** | Terms | - |
| Status Updated | **Apr 2026** | | |

## $\boxed{\$}$ Payment History

|  | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | — | — | — | **CO** | — | — | — | — | — | — | — | — |

CO  Charge off

### Payment history guide

Charge Off as of Apr 2026

## ✉ Contact Info

| Address | PO BOX 45085, JACKSONVILLE FL 32232 |
|---|---|
| Phone Number | (904) 777-6000 |

## 📝 Reinvestigation Info

This item was updated from our processing of your dispute in Jun 2026.

# Public Records

Information gathered from courts or other government agencies about legal matters associated with you. The most common Public Records are bankruptcies, tax liens, and monetary judgments.

**No public records reported.**

# Hard Inquiries

Hard inquiries are requests for your consumer information based on an action or process

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFICIAL COPY

initiated by you generally related to a credit or other monetary obligation, such as when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent to a collection agency. Hard inquiries are displayed to companies that receive your consumer report and may stay on your report at least two years.

| CAPITAL ONE | CREDIT ONE BANK | CAPITAL ONE |
|---|---|---|
| Inquired on 10/07/2025 | Inquired on 04/30/2025 | Inquired on 04/18/2025 |
| 15000 CAPITAL ONE DR RICHMOND VA, 23238 | PO BOX 98875 LAS VEGAS NV, 89193 | 15000 CAPITAL ONE DR RICHMOND VA, 23238 |
| Credit Granting. This inquiry is scheduled to continue on record until Nov 2027. | Unspecified. This inquiry is scheduled to continue on record until May 2027. | Credit Granting. This inquiry is scheduled to continue on record until May 2027. |

## Soft Inquiries

Soft inquiries are generally initiated by others, like companies making promotional offers or lenders periodically reviewing your existing credit accounts. Soft inquiries also include checking your own credit report or using credit monitoring services, and have no impact on your credit score.

| CAPITAL ONE | CAP ONE NA | CAPITAL ONE | CBW/CREDIT FRESH |
|---|---|---|---|
| Inquired on | Inquired on | Inquired on | Inquired on |

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFICIAL COPY

| | | | |
|---|---|---|---|
| 06/04/2026 | 03/24/2026 | 03/24/2026 | 05/02/2026 |
| 15000 CAPITAL ONE DR, RICHMOND VA 23238 | , 10/07/2025 and 09/18/2025 <br><br> 1500 CAPITAL ONE DRIVE, RICHMOND VA 23285 (800) 227-4825 | , 10/07/2025 and 09/18/2025 <br><br> 15000 CAPITAL ONE DR, RICHMOND VA 23238 (800) 227-4825 | 109 E MAIN ST, WEIR KS 66781 |

| | | | |
|---|---|---|---|
| **CELTIC BANK/CCI** <br> Inquired on 10/09/2025 <br><br> 14600 NW GREENBRIE R PKWY, BEAVERTO N OR 97006 (503) 350-4300 | **CLARITY/C BW/CREDIT FRESH** <br> Inquired on 05/02/2026 <br><br> 109 E MAIN ST, WEIR KS 66781 | **CLARITY/C BW/CREDIT FRESH** <br> Inquired on 05/02/2026 <br><br> 109 E MAIN ST, WEIR KS 66781 | **CLARITY/C CB/TLS/MK ANYLT/** <br> Inquired on 05/02/2026 <br><br> PO BOX 16, ALLEN TX 75013 (866) 390-3118 |

| | | | |
|---|---|---|---|
| **CLARITY/M ONEYKEY** <br> Inquired on 05/02/2026 | **CLARITY/M ONEYKEY** <br> Inquired on 05/02/2026 | **CONTINEN TAL FINANCE COMPANY** | **CREDIT CONTROL, LLC** <br> Inquired on |

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY

| | | | |
|---|---|---|---|
| 69 YONGE STREET SUITE 1500, TORONTO ON 00000 (866) 255-1668 | 69 YONGE STREET SUITE 1500, TORONTO ON 00000 (866) 255-1668 | **LL** Inquired on 01/04/2026<br><br>4550 NEW LINDEN HILL RD, SUITE, WILMINGTON DE 19808 (302) 456-1930 | 05/13/2026<br><br>3300 RIDER TRAIL S. SUITE 500, EARTH CITY MO 63045 (314) 442-7400<br><br>COLLECTION |
| **CREDIT KARMA** Inquired on 06/12/2026 , 06/11/2026 , 06/10/2026 , 06/09/2026 , 06/08/2026 , 06/07/2026 , 06/06/2026 , 06/05/2026 , | **CREDIT KARMA** Inquired on 06/10/2026 , 06/06/2026 , 06/03/2026 , 06/02/2026 , 05/27/2026 , 05/23/2026 , 05/20/2026 , 05/16/2026 , | **CREDIT KARMA** Inquired on 10/07/2025<br><br>760 MARKET ST FL 2, SAN FRANCISCO CA 94102 | **CREDIT KARMA INC** Inquired on 10/07/2025 and 10/02/2025<br><br>760 MARKET ST FL 2, SAN FRANCISCO CA 94102 |

PUBLIC ACCESS - NOT AN OFFICIAL COPY<br>NOT AN OFFICIAL COPY - PUBLIC ACCESS

| | |
|---|---|
| 06/04/2026 | 05/13/2026 |
| , | , |
| 06/03/2026 | 05/09/2026 |
| , | , |
| 06/02/2026 | 05/06/2026 |
| , | , |
| 06/01/2026 | 05/02/2026 |
| , | , |
| 05/31/2026 | 04/29/2026 |
| , | , |
| 05/30/2026 | 03/25/2026 |
| , | , |
| 05/29/2026 | 02/07/2026 |
| , | , |
| 05/28/2026 | 02/04/2026 |
| , | , |
| 05/27/2026 | 02/02/2026 |
| , | , |
| 05/26/2026 | 01/28/2026 |
| , | , |
| 05/25/2026 | 01/21/2026 |
| , | , |
| 05/24/2026 | 01/17/2026 |
| , | , |
| 05/23/2026 | 01/14/2026 |
| , | , |
| 05/22/2026 | 01/10/2026 |
| , | , |
| 05/21/2026 | 01/07/2026 |
| , | , |
| 05/20/2026 | 01/03/2026 |
| , | , |
| 05/19/2026 | 12/31/2025 |
| , | , |
| 05/18/2026 | 12/28/2025 |

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFICIAL COPY

| | |
|---|---|
| 05/17/2026 | 12/24/2025 |
| 05/16/2026 | 12/20/2025 |
| 05/15/2026 | 12/17/2025 |
| 05/14/2026 | 12/13/2025 |
| 05/13/2026 | 12/10/2025 |
| 05/12/2026 | 12/06/2025 |
| 05/11/2026 | 12/03/2025 |
| 05/10/2026 | 11/30/2025 |
| 05/09/2026 | 11/26/2025 |
| 05/08/2026 | 11/22/2025 |
| 05/07/2026 | 11/19/2025 |
| 05/06/2026 | 11/15/2025 |
| 05/05/2026 | 11/12/2025 |
| 05/04/2026 | 11/08/2025 |
| 05/03/2026 | 11/05/2025 |
| 05/02/2026 | 11/01/2025 |
| 05/01/2026 | 10/29/2025 |

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFICIAL COPY

| | |
|---|---|
| 04/30/2026 | 10/27/2025 |
| 04/29/2026 | 10/22/2025 |
| 04/28/2026 | 10/18/2025 |
| 04/27/2026 | 10/15/2025 |
| 04/26/2026 | 10/11/2025 |
| 04/25/2026 | 10/08/2025 |
| 04/24/2026 | 10/04/2025 |
| 04/23/2026 | 10/01/2025 |
| 04/22/2026 | 09/28/2025 |
| 04/21/2026 | 09/25/2025 |
| 04/20/2026 | 09/20/2025 |
| 04/19/2026 | 09/17/2025 |
| 04/18/2026 | 09/13/2025 |
| 04/17/2026 | 09/10/2025 |
| 04/16/2026 | 09/06/2025 |
| 04/15/2026 | 09/03/2025 |
| 04/14/2026 | 09/01/2025 |
| 04/13/2026 | 08/27/2025 |

,
04/12/2026                08/16/2025

,                                ,
04/11/2026                08/14/2025

,                                ,
04/10/2026                08/09/2025

,                                ,
04/09/2026                08/06/2025

,                                ,
04/08/2026                08/02/2025

,                                ,
04/07/2026                07/30/2025

,                                ,
04/06/2026                07/27/2025

,                                ,
04/05/2026                07/23/2025

,                                ,
04/04/2026                07/19/2025

,                                ,
04/03/2026                07/16/2025

,                                ,
04/02/2026                07/12/2025

,                                ,
04/01/2026                07/09/2025

,                                ,
03/31/2026                07/05/2025

,                                ,
03/30/2026                07/02/2025

,                                ,
03/29/2026                06/29/2025

,                                ,
03/28/2026                06/25/2025

,                                ,
03/27/2026                06/21/2025

,                         and

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFICIAL COPY

| | |
|---|---|
| 03/26/2026 | 06/18/2025 |
| , | |
| 03/25/2026 | 760 |
| , | MARKET ST |
| 03/24/2026 | FL 2, |
| , | SAN |
| 03/23/2026 | FRANCISCO |
| , | CA 94102 |
| 03/22/2026 | |
| , | |
| 03/21/2026 | |
| , | |
| 03/20/2026 | |
| , | |
| 03/19/2026 | |
| , | |
| 03/18/2026 | |
| , | |
| 03/17/2026 | |
| , | |
| 03/16/2026 | |
| , | |
| 03/15/2026 | |
| , | |
| 03/14/2026 | |
| , | |
| 03/13/2026 | |
| , | |
| 03/12/2026 | |
| , | |
| 03/11/2026 | |
| , | |
| 03/10/2026 | |
| , | |
| 03/09/2026 | |

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFICIAL COPY

,

03/08/2026

,

03/07/2026

,

03/06/2026

,

03/05/2026

,

03/04/2026

,

03/03/2026

,

03/02/2026

,

03/01/2026

,

02/28/2026

,

02/27/2026

,

02/26/2026

,

02/24/2026

,

02/23/2026

,

02/22/2026

,

02/21/2026

,

02/20/2026

,

02/19/2026

,

02/18/2026

,

02/17/2026

,

02/16/2026

,

02/15/2026

,

02/14/2026

,

02/13/2026

,

02/12/2026

,

02/11/2026

,

02/10/2026

,

02/09/2026

,

02/08/2026

,

02/07/2026

,

02/06/2026

,

02/05/2026

,

02/04/2026

,

02/03/2026

,

02/02/2026

,

02/01/2026

,

01/31/2026

,

01/30/2026

,

01/29/2026

,

01/28/2026

,

01/27/2026

,

01/25/2026

,

01/24/2026

,

01/23/2026

,

01/22/2026

,

01/21/2026

,

01/20/2026

,

01/19/2026

,

01/17/2026

,

01/16/2026

,

01/15/2026

,

01/14/2026

,

01/13/2026

,

01/12/2026

,

01/10/2026

,

01/09/2026

,

01/08/2026

,

01/07/2026

,

01/06/2026

,

01/05/2026

,

01/04/2026

,

01/03/2026

,

01/02/2026

,

01/01/2026

,

12/31/2025

,

12/30/2025

,

12/28/2025

,

12/27/2025

,

12/26/2025

,

12/25/2025

,

12/24/2025

,

12/23/2025

,

12/22/2025

,

12/19/2025

,

12/18/2025

,

12/17/2025

,

12/16/2025

,

12/10/2025

,

12/09/2025

,

12/07/2025

,

12/06/2025

,

12/05/2025

,

12/04/2025

,

12/03/2025

,

12/02/2025

,

12/01/2025

,

11/29/2025

,

11/28/2025

,

11/27/2025

,

11/26/2025

,

11/25/2025

,

11/24/2025

,

11/23/2025

,

11/20/2025

,

11/19/2025

,

11/18/2025

,

11/17/2025

,

11/16/2025

,

11/15/2025

,

11/14/2025

,

11/12/2025

,

11/11/2025

,

11/09/2025

,

11/08/2025

,

11/07/2025

,

11/05/2025

Experian

,

11/03/2025

,

11/02/2025

,

11/01/2025

,

10/31/2025

,

10/29/2025

,

10/27/2025

,

10/26/2025

,

10/24/2025

,

10/23/2025

,

10/22/2025

,

10/21/2025

,

10/20/2025

,

10/19/2025

,

10/16/2025

,

10/14/2025

,

10/11/2025

,

10/10/2025

,

10/09/2025

,

10/08/2025

,

10/05/2025

,

10/04/2025

,

10/03/2025

,

10/02/2025

,

10/01/2025

,

09/30/2025

,

09/29/2025

,

09/25/2025

,

09/24/2025

,

09/23/2025

,

09/22/2025

,

09/21/2025

,

09/20/2025

,

09/17/2025

,

09/16/2025

,

09/11/2025

,

09/09/2025

,

09/07/2025

,

09/06/2025

,

09/05/2025

,

09/04/2025

,

09/02/2025

,

09/01/2025

,

08/31/2025

,

08/30/2025

,

08/29/2025

,

08/27/2025

,

08/24/2025

,

08/23/2025

,

08/22/2025

,

08/18/2025

,

08/16/2025

,

08/14/2025

,

08/13/2025

,

08/12/2025

,

08/10/2025

,

08/09/2025

,

08/08/2025

,

08/07/2025

,

08/06/2025

,

08/05/2025

,

08/02/2025

,

08/01/2025

,

07/31/2025

,

07/30/2025

,

07/29/2025

,

07/27/2025

,

07/26/2025

,

07/24/2025

,

07/23/2025

,

07/21/2025

,

07/19/2025

,

07/17/2025

,

07/16/2025

,

07/12/2025

,

07/08/2025

,

07/07/2025

,

07/06/2025

,

07/05/2025

,

07/04/2025

,

07/03/2025

,

07/02/2025

,

07/01/2025

,

06/29/2025

,

06/27/2025

,

06/26/2025

,

06/25/2025

,

06/23/2025

,

06/22/2025

,

06/21/2025

,

06/17/2025

,

06/16/2025

,

06/15/2025

,

06/14/2025
 and
06/13/2025

760
MARKET ST
FL 2,
SAN
FRANCISCO
CA 94102
(415) 510-
5272

| CREDIT ONE BANK NA | CUDL/POWER FINANCIAL CRE | DISCOVERC | DISCOVERC |
|---|---|---|---|
| Inquired on 05/16/2026 | Inquired on 11/19/2025 | Inquired on 01/13/2026 and 10/10/2025 | Inquired on 01/13/2026 and 10/10/2025 |
| PO BOX 98875, LAS VEGAS NV 89193 | , 11/18/2025 and 11/14/2025 | 2500 LAKE COOK RD, RIVERWOO DS IL 60015 | 2500 LAKE COOK RD, RIVERWOO DS IL 60015 |

(415) 459-6100

2020 NW 150TH AVE STE 100, PEMBROKE PINES FL 33028

(954) 538-6225

**DOVER FCU/ML**

Inquired on 03/31/2026

1075 SILVER LAKE BLVD, DOVER DE 19904

Checking

**EQUIFAX CONSUMER SVCS**

Inquired on 02/26/2026

PO BOX 740241, ATLANTA GA 30374

(800) 685-1111

**EQUIFAX INC/TID**

Inquired on 03/03/2026

1550 PEACHTRE E ST NE # H56B, ATLANTA GA 30309

(866) 640-2273

**EXPERIAN**

Inquired on 06/12/2026

,

06/11/2026

,

06/10/2026

,

06/09/2026

,

06/08/2026

,

06/06/2026

,

06/05/2026

,

06/04/2026

,

06/03/2026

,

06/02/2026

,

06/01/2026

,

05/31/2026

,

05/29/2026

,

05/28/2026

,

05/27/2026

,

05/26/2026

,

05/25/2026

,

05/24/2026

,

05/23/2026

,

05/22/2026

,

05/21/2026

,

05/20/2026

,

05/19/2026

,

05/18/2026

,

05/17/2026

,

05/16/2026

,

05/15/2026

,

05/14/2026

,

05/13/2026

,

05/12/2026

,

05/11/2026

,

05/05/2026

,

05/04/2026

,

05/03/2026

,

05/02/2026

,

05/01/2026

,

04/30/2026

,

04/29/2026

,

04/28/2026

,

04/27/2026

,

04/26/2026

,

04/25/2026

,

04/24/2026

,

04/23/2026

,

04/22/2026

,

04/21/2026

,

04/20/2026

,

04/19/2026

,

04/18/2026

,

04/17/2026

,

04/16/2026

,

04/15/2026

,

04/14/2026

,

04/13/2026

,

04/12/2026

,

04/11/2026

,

04/10/2026

,

04/09/2026

,

04/08/2026

,

04/07/2026

,

04/06/2026

,

04/05/2026

,

04/04/2026

,

04/03/2026

Experian

9/12/26, 12:01PM

,

04/02/2026

,

04/01/2026

,

03/31/2026

,

03/30/2026

,

03/29/2026

,

03/28/2026

,

03/27/2026

,

03/26/2026

,

03/25/2026

,

03/24/2026

,

03/23/2026

,

03/22/2026

,

03/21/2026

,

03/20/2026

,

03/19/2026

,

03/18/2026

,

03/17/2026

,

03/16/2026

,

03/15/2026

,

03/14/2026

,

03/12/2026

,

03/11/2026

,

03/10/2026

,

03/09/2026

,

03/07/2026

,

03/06/2026

,

03/05/2026

,

03/04/2026

,

03/03/2026

,

03/02/2026

,

03/01/2026

,

02/28/2026

,

02/27/2026

,

02/26/2026

,

02/25/2026

,

02/24/2026

,

02/23/2026

,

02/22/2026

,

02/21/2026

,

02/20/2026

,

02/19/2026

,

02/18/2026

,

02/17/2026

,

02/16/2026

,

02/15/2026

,

02/14/2026

,

02/13/2026

,

02/12/2026

,

02/11/2026

,

02/10/2026

,

02/09/2026

,

02/08/2026

,

02/07/2026

,

02/06/2026

,

02/05/2026

,

02/04/2026

,

02/03/2026

,

02/02/2026

,

02/01/2026

,

01/31/2026

,

01/30/2026

,

01/29/2026

,

01/28/2026

,

01/27/2026

,

01/26/2026

,

01/24/2026

,

01/23/2026

,

01/22/2026

,

01/21/2026

,

01/20/2026

Experian

9/12/26, 12:01PM

,

01/19/2026

,

01/18/2026

,

01/16/2026

,

01/13/2026

,

01/12/2026

,

01/11/2026

,

01/09/2026

,

01/07/2026

,

01/06/2026

,

12/31/2025

,

12/30/2025

,

12/29/2025

,

12/27/2025

,

12/26/2025

,

12/23/2025

,

12/18/2025

,

12/16/2025

,

12/09/2025

,

12/02/2025

,

11/27/2025

,

11/26/2025

,

11/25/2025

,

11/23/2025

,

11/19/2025

,

11/18/2025

,

11/11/2025

,

11/06/2025

,

11/04/2025

,

10/30/2025

,

10/28/2025

,

10/21/2025

,

10/15/2025

,

10/14/2025

,

10/13/2025

,

10/07/2025

,

10/02/2025

,

09/30/2025

,

09/24/2025

,

09/23/2025

,

09/20/2025

,

09/16/2025

,

09/09/2025

,

09/02/2025

,

08/26/2025

,

08/19/2025

,

08/13/2025

,

08/12/2025

,

08/05/2025

,

07/29/2025

,

07/22/2025

,

07/15/2025

,

07/08/2025

,

Experian                                                                                    9/12/26, 12:01PM

07/01/2025

,

06/26/2025

,

06/24/2025

,

06/17/2025

,

06/16/2025
 and
06/12/2025

475 ANTON
BLVD,
COSTA
MESA CA
92626
(866) 431-
3471

| EXPERIAN | EXPERIAN | EXPERIAN CREDITMA TCH | EXPERIAN CS IDENTITY |
|---|---|---|---|
| Inquired on 06/10/2026 | Inquired on 05/27/2026 | Inquired on 06/12/2026 | Inquired on 01/26/2026 |
| , 05/26/2026 | , 05/19/2026 | , 06/11/2026 | , 12/26/2025 |
| , 05/21/2026 | , 05/15/2026 | , 06/10/2026 | , 11/26/2025 |
| , 05/11/2026 | , 04/27/2026 | , 06/09/2026 | , 10/26/2025 |
| , 05/07/2026 | , 03/25/2026 | , 06/08/2026 | , 08/26/2025 |
| , 05/06/2026 | , 03/20/2026 | | |

|  |  |  | and |
| --- | --- | --- | --- |
| , 05/05/2026 | , 03/14/2026 | , 06/06/2026 | 07/26/2025 |
| , 05/04/2026 | , 03/07/2026 | , 06/05/2026 | 535 ANTON BLVD STE 100, COSTA MESA CA 92626 |
| , 05/03/2026 | , 03/06/2026 | , 06/04/2026 |  |
| , 03/03/2026 | , 03/03/2026 | , 06/03/2026 |  |
| , 02/16/2026 | , 02/27/2026 | , 06/02/2026 |  |
| , 02/06/2026 | , 02/07/2026 | , 06/01/2026 |  |
| , 02/05/2026 | , 02/06/2026 | , 05/31/2026 |  |
| , 02/04/2026 and 02/02/2026 | , 02/05/2026 | , 05/29/2026 |  |
|  | , 12/17/2025 | , 05/28/2026 |  |
| PO BOX 9600, ALLEN TX 75013 (800) 311-4769 | , 12/10/2025 | , 05/27/2026 |  |
|  | , 12/02/2025 | , 05/26/2026 |  |
|  | , 11/26/2025 | , 05/25/2026 |  |
| CAPS API DISCLOSURE | , 11/25/2025 | , 05/24/2026 |  |
|  | , 11/11/2025 | , 05/23/2026 |  |
|  | , 10/21/2025 | , 05/22/2026 |  |
|  | , 10/15/2025 | , 05/21/2026 |  |
|  | , 10/08/2025 | , 05/20/2026 |  |
|  | , | , |  |

Experian 9/12/26, 12:01 PM

| | |
|---|---|
| 10/07/2025 | 05/19/2026 |
| , | , |
| 10/03/2025 | 05/18/2026 |
| , | , |
| 10/02/2025 | 05/17/2026 |
| , | , |
| 10/01/2025 | 05/16/2026 |
| , | , |
| 09/15/2025 | 05/15/2026 |
| , | , |
| 08/22/2025 | 05/14/2026 |
| , | , |
| 08/12/2025 | 05/13/2026 |
| , | , |
| 08/07/2025 | 05/12/2026 |
| , | , |
| 07/05/2025 and | 05/11/2026 |
| 06/14/2025 | , |
| | 05/03/2026 |
| 475 ANTON BLVD, COSTA MESA CA 92626 | , |
| | 05/02/2026 |
| | , |
| | 05/01/2026 |
| | , |
| | 04/30/2026 |
| | , |
| | 04/29/2026 |
| | , |
| | 04/28/2026 |
| | , |
| | 04/27/2026 |
| | , |
| | 04/26/2026 |
| | , |
| | 04/25/2026 |

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY

,

04/24/2026

,

04/23/2026

,

04/22/2026

,

04/21/2026

,

04/20/2026

,

04/19/2026

,

04/18/2026

,

04/17/2026

,

04/16/2026

,

04/15/2026

,

04/14/2026

,

04/13/2026

,

04/12/2026

,

04/11/2026

,

04/10/2026

,

04/09/2026

,

04/08/2026

,

04/07/2026

,

04/06/2026

,

04/05/2026

,

04/04/2026

,

04/03/2026

,

04/02/2026

,

04/01/2026

,

03/31/2026

,

03/30/2026

,

03/29/2026

,

03/28/2026

,

03/27/2026

,

03/26/2026

,

03/25/2026

,

03/24/2026

,

03/23/2026

,

03/22/2026

,

03/21/2026

,

03/20/2026

,

03/19/2026

,

03/18/2026

,

03/17/2026

,

03/16/2026

,

03/15/2026

,

03/14/2026

,

03/12/2026

,

03/11/2026

,

03/10/2026

,

03/09/2026

,

03/07/2026

,

03/06/2026

,

03/05/2026

,

03/04/2026

,

03/03/2026

,

03/02/2026

,

03/01/2026

,

02/28/2026

,

02/27/2026

,

02/26/2026

,

02/25/2026

,

02/23/2026

,

02/22/2026

,

02/21/2026

,

02/20/2026

,

02/19/2026

,

02/18/2026

,

02/16/2026

,

02/15/2026

,

02/14/2026

,

02/13/2026

,

02/12/2026

,

02/11/2026

,

02/10/2026

,

02/09/2026

,

02/08/2026

,

02/07/2026

,

02/06/2026

,

02/05/2026

,

02/04/2026

,

02/03/2026

,

02/02/2026

,

02/01/2026

,

01/31/2026

,

01/30/2026

,

01/29/2026

,

01/28/2026

,

01/27/2026

,

01/26/2026

,

01/24/2026

,

01/23/2026

,

01/22/2026

,

01/21/2026

,

01/20/2026

,

01/19/2026

,

01/18/2026

,

01/16/2026

,

01/13/2026

,

01/12/2026

,

01/11/2026

,

01/09/2026

,

01/07/2026

,

12/31/2025

,

12/29/2025

,

12/27/2025

,

12/26/2025

,

12/23/2025

,

12/18/2025

,

12/02/2025

Experian

9/12/26, 12:01PM

11/27/2025

,

11/26/2025

,

11/23/2025

,

11/19/2025

,

11/18/2025

,

11/06/2025

,

10/30/2025

,

10/15/2025

,

10/13/2025

,

10/02/2025

,

09/29/2025

,

09/24/2025

,

09/20/2025

,

09/16/2025

,

08/13/2025

,

06/26/2025

,

06/16/2025

and

06/12/2025

475 ANTON BLVD # D4, COSTA MESA CA 92626

**INTUIT INC**

Inquired on 02/24/2026

2700 COAST AVE, MOUNTAIN VIEW CA 94043

**INTUIT TURBTX FLEX/WEBB K**

Inquired on 11/18/2025

215 S STATE ST STE 100, SALT LAKE CITY UT 84111

(844) 994-2265

**JPMCB**

Inquired on 05/29/2026

,

04/30/2026

,

03/31/2026

,

02/27/2026

,

01/30/2026

,

12/30/2025

,

11/28/2025

,

10/30/2025

,

09/30/2025

,

08/29/2025

,

07/31/2025 and 07/01/2025

**KLARNA INC/WEBBANK**

Inquired on 04/27/2026

629 N HIGH ST, COLUMBUS OH 43215

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY

PO BOX 15298, WILMINGTON DE 19850

(800) 432-3117

**ML/NASA FEDERAL CREDIT U**

Inquired on 02/08/2026

500 PRINCE GEORGES BLVD, UPPER MARLBORO MD 20774

Checking

**PENTAGON FCU**

Inquired on 05/23/2026, 04/22/2026 and 03/23/2026

7940 JONES BRANCH DR, MC LEAN VA 22102

**PNC BANK**

Inquired on 04/27/2026

4653 E MAIN ST, COLUMBUS OH 43213

**PORTFOLIO RECOV ASSOC**

Inquired on 03/08/2026, 02/28/2026, 11/26/2025, 10/09/2025 and 10/04/2025

120 CORPORATE BLVD STE 100, NORFOLK VA 23502

(844) 675-3408

COLLECTION

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN UNOFFICIAL COPY

**RESURGENT CAPITAL SERVIC**

Inquired on 04/09/2026

55 BEATTIE PL STE 110, GREENVILLE SC 29601

**RESURGENT CAPITAL SERVIC**

Inquired on 08/08/2025

PO BOX 10497, GREENVILLE SC 29603
(866) 464-1183

**SOFI BANK NA**

Inquired on 10/25/2025

2750 E COTTONWOOD PKWY STE 300, COTTONWOOD HEIGHTS UT 84121
(415) 385-0419

**SPACE COAST CREDIT UNION**

Inquired on 11/14/2025

8045 N WICKHAM RD, MELBOURNE FL 32940

Checking

**TBOM/ATLS/ASPIRE/GDS**

Inquired on 10/31/2025 and 09/24/2025

PO BOX 105555, ATLANTA GA 30348

**TRANSUNION INTERACTIVE I**

Inquired on 06/04/2026, 04/30/2026 and 03/16/2026

100 CROSS ST STE 202, SAN LUIS OBISPO CA 93401
(805) 782-8282

**WELLSFARGO**

Inquired on 05/20/2026, 04/20/2026, 03/21/2026, 02/20/2026, 01/20/2026, 12/24/2025, 11/23/2025 and

**WELLSFARGO**

Inquired on 12/24/2025

PO BOX 14517, DES MOINES IA 50306
(800) 642-4720

Checking

10/20/2025

333
MARKET ST
FL 33,
SAN
FRANCISCO
CA 94105
(855) 329-
9605

**WELLSFAR
GO**
Inquired on
10/09/2025

PO BOX
14517,
DES
MOINES IA
50306
(800) 642-
4720

Checking

**WFBNA
CARD**
Inquired on
04/21/2026
 and
10/31/2025

PO BOX
14579,
DES
MOINES IA
50306
(844) 274-
7841

# Know Your Rights

# Fair Credit Reporting Act (FCRA)

*Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.*

### A Summary of Your Rights Under the Fair Credit Reporting Act.

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.**

**You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment — or to take another adverse action against you — must tell you, and must give you the name, address, and phone number of the agency that provided the information.

**You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

- a person has taken adverse action against you because of information in your credit report;
- you are the victim of identity theft and place a fraud alert in your file;
- your file contains inaccurate information as a result of fraud;
- you are on public assistance;
- you are unemployed but expect to apply for employment within 60 days.

In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

**You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit

score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

**You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

**Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

**Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

**Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need — usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

**You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

**You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-567-8688.

**The following FCRA right applies with respect to nationwide consumer reporting agencies:**

**Consumers Have The Right To Obtain A Security Freeze**

You have a right to place a 'security freeze' on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

**You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

**Identity theft victims and active duty military personnel have additional rights.** For more Information, visit www.consumerfinance.gov/learnmore.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For more information about your federal rights, contact:**

| FOR QUESTIONS OR CONCERNS REGARDING: | PLEASE CONTACT: |
|---|---|
| **1.a.** Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates. | **a.** Consumer Financial |

**b.** Such affiliates that are not banks, savings associations, or credit unions also should list in addition to the CFPB:

Protection Bureau 1700 G Street NW Washington, DC 20552

**b.** Federal Trade Commission Consumer Response Center 600 Pennsylvania Avenue NW Washington, DC 20580 (877) 382-4357

**2.** To the extent not included in item 1 above:

**a.** National banks, federal savings associations, and federal branches and federal agencies of foreign banks

**a.** Office of the Comptroller of the Currency Customer Assistance Group P.O. Box 53570 Houston, TX 77052

**b.** State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act

**c.** Nonmember Insured banks, Insured State Branches of Foreign Banks, and insured state savings associations

**b.** Federal Reserve

Experian

9/12/25, 12:01PM

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFICIAL COPY

**d.** Federal Credit Unions

Consumer Help Center PO Box 1200 Minneapolis, MN 55480

**c.** Division of Depositor and Consumer Protection National Center for Consumer and Depositor Assistance Federal Deposit Insurance Corporation 1100 Walnut Street, Box #11 Kansas City, MO 64106

**d.** National Credit Union Administration Office of Consumer Financial Protection 1775 Duke Street Alexandria, VA

22314

**3.** Air carriers

Assistant General Counsel for Office of Aviation Consumer Protection Department of Transportation 1200 New Jersey Avenue SE Washington, DC 20590

**4.** Creditors Subject to Surface Transportation Board

Office of Public Assistance, Governmental Affairs, and Compliance Surface Transportation Board 395 E Street SW Washington, DC 20423

**5.** Creditors Subject to Packers and Stockyards Act, 1921

Nearest Packers and Stockyards Division Regional Office

**6.** Small Business Investment Companies

Associate Administrator, Office of Capital Access United States Small Business Administration 409 Third Street SW, Suite 8200 Washington, DC 20416

**7.** Brokers and Dealers

Securities and Exchange Commission 100 F Street NE Washington, DC 20549

**8.** Institutions that are members of the Farm Credit System

Farm Credit Administration

1501 Farm Credit Drive McLean, VA 22102-5090

**9. Retailers, Finance Companies, and All Other Creditors Not Listed Above**

Federal Trade Commission Consumer Response Center 600 Pennsylvania Avenue NW Washington, DC 20580 (877) 382-4357

## Notification of Rights

- Notification of Rights for California Consumers
- California Fraud State Notice of Rights
- Notification of Rights for Connecticut Consumers
- Notification of Rights for Delaware Consumers
- Notification of Rights for District of Columbia Consumers
- Notification of Rights for Georgia Consumers
- Notification of Rights for Massachusetts Consumers
- Notification of Rights for Missouri Consumers
- Notification of Rights for Montana Consumers
- Notification of Rights for New Hampshire Consumers
- Notification of Rights for New Jersey Consumers
- Notification of Rights for North Carolina Consumers
- Notification of Rights for North Dakota Consumers
- Notification of Rights for Rhode Island Consumers
- Notification of Rights for Tennessee Consumers
- Notification of Rights for Texas Consumers

- Notification of Rights for Vermont Consumers
- Notification of Rights for Virginia Consumers
- Notification of Rights for Washington Consumers
- Notification of Rights for West Virginia Consumers

